## IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:** JUAN OMAR ALVAREZ BERRIOS<br>AILYN YADIRA ROSARIO RESTO | Bankruptcy Number: 13-05014-MCF<br>Chapter 13 |

### STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: 06/18/2013

Days From Petition Date: 31

910 Days Before Petition: 12/21/2010

Chapter 13 Plan Date: 06/18/2013 ☐ Amended

This is Debtor(s) 1 Bankruptcy petition.

Payment(s) ☐ Received or ☐ Evidence shown at meeting:

Check/MO# 21094039978

Date: 7/15/2013   Amount: $ 170.00

First Meeting Date: 07/19/2013 at 11:00AM

341 Meeting Date: 07/19/2013 at 11:00AM

Confirmation Hearing Date: 08/23/2013 at 1:30PM

Plan Base: $10,200.00   Plan Docket # 2

This is the 1 scheduled meeting.

Total Paid In: $0.00

---

*APPEREANCES:   ☐ Telephone   ☐ Video Conference

Debtor: ☑ Present ☐ Absent ☑ ID & Soc. OK        Joint Debtor: ☑ Present ☐ Absent ☑ ID & Soc. OK

☑ Examined   ☐ Not Examined under Oath        ☑ Examined   ☐ Not Examined under Oath

Attorney for Debtor(s): ☐ Not Present ☑ Present

Name of Attorney Present (Other than Attorney of Record): _____

☐ Pro-se

☐ Creditor(s) Present      ☑ None

---

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: **JUAN O CALDERON LITHGOW***

Total Agreed: $3,000.00   Paid Pre-Petition: $1,000.00   Outstanding (Through the Plan): $2,000.00

---

*TRUSTEE'S REPORT ON CONFIRMATION & STATUS OF §341 MEETING

Debtor(s) Income is (are) ☑ Under ☐ Above Median Income        Liquidation Value: $ 0.00

Commitment Period is   ☑ 36 months   ☐ 60 months §1325(b)(1)(B)        Projected Disp. Inc.: $ n/a

The Trustee:   ☐ NOT OBJECTS   ☑ OBJECTS   Plan Confirmation   Gen. Uns. Approx. Dist.: ____ %

§341 Meeting ☐ CONTINUED ☐ NOT HELD ☐ CLOSED ☒ HELD OPEN FOR 14 DAYS

§341 Meeting Rescheduled for: _____

Comments:

---

*TRUSTEE'S OBJECTIONS TO CONFIRMATION: NOTICE: LBR 3015-2(c)(6) The debtor must within seven (7) days after service of the objection file either: (A) an amended plan that addresses each objection; or (B) a reply setting forth the facts and legal arguments that give rise to the reply in sufficient detail to allow each objector, if possible, to reconsider and withdraw its objection.

[1325(a)(4)] Plan fails Creditors Best Interest Test.

Bank account with BPPR was not included in Schedule B.

Debtors must submit evidence of value assigned to 1997 Ford Expedition.

[1325(a)(6)] Feasibility – Debtor(s) does not has/have the capacity to make proposed plan payments.

Per paystubs, Debtor's monthly income is $628.00 ($145.00 weekly), which is less than the amount reported in Schedule I.

Also, per paystubs submitted, Joint Debtor has a monthly gross income of $1,436.00, which is less than the amount reported in Schedule I. Debtors do not have enough disposable income to fund the plan.

[1325(a)(6)] Insufficiently Funded – Plan funding insufficient to pay 100% of [507] priority claims. [1322(d)(1)]

Plan is insufficiently funded to pay debts with Hacienda and State Insurance Fund.

[1325(a)(9)] Tax Requirements – Debtor(s) fails to comply with Tax Return filing requirement of [1308].

Debtor must submit evidence of filing 1040PR tax returns for 2009-2012.

[1325(b)(1)(B)] Projected Disposable Income – Debtor(s) fails to apply projected disposable income, to be received during applicable commitment period, to make payments to unsecured creditors under the plan. [1322(a)(1)]

Schedule I does not include income from Christmas bonus.

*OTHER COMMENTS / OBJECTIONS

Debtors failed to include in SOFA business, JD Distributors, which operated from 2004-2012. Debtor had a milk delivery business and provided services to Tres Monjitas.

SOFA fails to include closed bank account with FirstBank Puerto Rico. The same was closed last year.

---

/s/ Jose R. Carrion, Esq.         Meeting Date: Jul 19, 2013
   Trustee

/s/ Alexandra Rodriguez, Esq.
   Presiding Officer