```
                    UNITED STATES BANKRUPTCY COURT
                        DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| IN Re:<br><br>JUAN OMAR ALVAREZ BERRIOS<br>AILYN YADIRA ROSARIO RESTO<br><br>XXX-XX-2967<br>XXX-XX-4941<br><br>DEBTOR (S) | CASE NO. 13-05014-MCF<br><br><br><br>CHAPTER 13 |

**TRUSTEE'S MOTION TO DISMISS**
**FOR FAILURE TO COMPLY WITH 11 U.S.C. § 1308**

TO THE HONORABLE COURT:

**NOW COMES** José R. Carrión, Standing Chapter 13 Trustee (hereinafter, the "Trustee"), through the undersigned attorney, and very respectfully alleges and prays:

1. The Section 341 Creditor Meeting in this case was held on **July 19, 2013**. In compliance with 11 U.S.C. § 1308 (b) (1) and after the relevant inquiry, the Trustee decided to hold the meeting open, **14** days, pending Debtor(s)' remittance of evidence of filing all applicable tax returns for all taxable periods ending during the 4-year period ending on the date of the filing of the petition.

2. Through notice filed on **August 07, 2013, docket no.12,** the Trustee closed the section 341 meeting and certified that debtor(s) has/have not provided evidence of filing the applicable tax returns in compliance with 11 U.S.C. § 1308.

3. Bankruptcy Code the sections §§ 1307(e) and 1308 provides:

On its relevant part, Section 1307(e) provides:

> Upon the failure of the debtor to file a tax return under *section 1308*, **on request of a party in interest or the United States trustee and after notice and a hearing, the court shall dismiss a case or convert a case under this chapter to a case under chapter 7 of this title**, whichever is in the best interest of the creditors and the estate.

On its relevant part, Section 1308 provides:

> (a) Not later than the day before the date on which the meeting of the creditors is first scheduled to be held under *section 341(a)*, if the debtor was required to file a tax return under **applicable non-bankruptcy law, the debtor shall** file with appropriate tax authorities **all tax returns for all taxable periods ending during the 4-year period ending on the date of the filing of the petition.**

> (b)(1) Subject to paragraph (2), if the tax returns required by subsections (a) have not been filed by the date on which the meeting of creditors is first scheduled to be held under *section 341(a)*, the trustee may hold open that meeting **for a reasonable period of time** to allow the debtor an additional period of time to file any unfiled returns. (Added emphasis).

4. In In re Cushing, 401 B.R. 528 (B.A.P. 1st Cir. 2009), the Bankruptcy Appellate Panel of the First Circuit reviewed the legislative history behind *§§ 1307 and 1308* and explained that Congress enacted the statutes first "*to help state revenue agencies figure out whether they had claims against the debtor*," and second, "*to punish debtors who were delinquent in filing tax returns, by withholding confirmation until they did so*." Cushing, 401 B.R. at 533-34. Clearly, the trustee is given discretion in *§ 1308* to hold open the *§ 341* meeting for a finite period of time to allow the debtor to file the tax returns. Id. at 538.

5. In light of the aforementioned legal requirements and the

Debtor(s)' failure to comply with the same, the Trustee respectfully requests this Honorable Court to dismiss the instant case.

**WHEREFORE,** the Trustee respectfully requests this Honorable Court to, **after notice and opportunity for a hearing**, pursuant to 1307(e) dismiss the instant bankruptcy case for failure to provide evidence of compliance with Section 1308 of the Bankruptcy Code.

**30 DAYS NOTICE:** In accordance with Local Bankruptcy Rule 9013-2(h)(2)(H), the Debtor(s), all Creditors and Parties in Interest in this case, are hereby notified that unless an opposition to this motion to dismiss is submitted in writing within **30 days** from the date appearing in the certificate of service, the Court may grant this motion, or convert the case to a Chapter 7, without a hearing.

**CERTIFICATE OF SERVICE:** The Chapter 13 Trustee certifies a copy of this motion has been served by regular U.S. Mail on this same date to: the DEBTOR(s) and her/his/their attorney and all Creditors and Parties in Interest to their respective addresses of record as they appear in the attached master address list to the address of record, if any are not registered CM/ECF system participants.

In San Juan, Puerto Rico this, August 07, 2013.

/s/ Jose R. Carrion
Jose R. Carrion
Chapter 13 Trustee
PO Box 9023884
San Juan, PR 00902
Tel.(787)977-3535
Fax (787)977-3550

```
13-05014-MCF                        MASTER ADDRESS LIST
```

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | MARIA DE LOS ANGELES GONZALEZ, ESQ.<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| JUAN O CALDERON LITHGOW*<br>PO BOX 1710<br>VEGA BAJA, PR 00694-1710 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE.<br>SAN JUAN, PR 00918 | JUAN OMAR ALVAREZ BERRIOS<br>HC-01 BOX 5301<br>CIALES, PR 00638 |
| BANCO SANTANDER DE PR<br>PO BOX 362589<br>SAN JUAN, PR 00936-2589 | FIRST BANK<br>PO BOX 13817<br>SANTURCE STATION<br>SAN JUAN, PR 00908-3817 |
| CHRYSLER FINANCIAL<br>PO BOX 195286<br>SAN JUAN, PR 00919 | JUAN O CALDERON LITHGOW*<br>PO BOX 1710<br>VEGA BAJA, PR 00694-1710 |
| PUERTO RICO TELEPHONE COMPANY<br>PO BOX 70239<br>SAN JUAN, PR 00936-8239 | AMERICAN EXPRESS<br>PO BOX 3001<br>MALVERN, PA 19355-0701 |
| NCO FINANCIAL SYSTEMS INC<br>PO BOX 192478<br>SAN JUAN, PR 00919-2478 | ORIENTAL BANK & TRUST<br>PO BOX 195115<br>SAN JUAN, PR 00919-5115 |
| POPULAR AUTO<br>PO BOX 15011<br>SAN JUAN, PR 00902-8511 | STATE INSURANCE FUND CORP<br>C/O ALEJANDRO SUAREZ CABRERA<br>PO BOX 365028<br>SAN JUAN, PR 00936-5028 |
| FONDO DEL SEGURO DEL ESTADO<br>PO BOX 365028<br>SAN JUAN, PR 00936-5028 | PR ACQUISITIONS LLC<br>PO BOX 194499<br>SAN JUAN, PR 00919-4499 |
| DIRECT TV<br>PO BOX 71413<br>SAN JUAN, PR 00936-8513 | MCS PLAN MEDICO<br>PO BOX 193310<br>SAN JUAN, PR 00919 |
| FIRST BANK<br>PO BOX 11865<br>SAN JUAN, PR 00910-3865 | LVNV FUNDING LLC<br>PO BOX 10497<br>GREENVILLE, SC 29603 |

| | |
|---|---|
| OPERATING PARTNERS CO INC<br>PO BOX 194499<br>SAN JUAN, PR 00919 | PR ACQUISITIONS LLC<br>PO BOX 194499<br>SAN JUAN PR 00919-4499<br>, 00000 |
| FIRST BANK<br>PO BOX 15019<br>WILMINGTON, DE 19886-5019 | JUAN OMAR ALVAREZ BERRIOS<br>HC-01 BOX 5301<br>CIALES, PR 00638 |
| POPULAR AUTO<br>C/O VERONICA DURAN CASTILLO, ESQ<br>PO BOX 366818<br>SAN JUAN, PR 00936-6818 | AILYN YADIRA ROSARIO RESTO<br><br>, 00000 |
| DIVERSIFIED CONSULTANTS<br>PO BOX 551268<br>JACKSONVILLE, FL 32255 | DEPARTAMENTO HOVS135<br>PO BOX 47455<br>JACKSONVILLE FL 32247<br>, 00000 |
| FIRSTSOURCE<br>PO BOX 628<br>BUFFALO, NY 14240-0628 | ENHANCED REVOCERY<br>PO BOX 1259 DEP 98696<br>OAKS PA 19456<br>, 00000 |
| POPULAR AUTO<br>BANKRUPTCY DEPARTMENT<br>GPO BOX 366818<br>SAN JUAN, PR 00936 | EQUIPMENT DEPOT INC<br>PO NOC 296<br>NORWELL MA 02061-0296<br>, 00000 |
| BANK OF AMERICA<br>PO BOX 982235<br>EL PASO, TX 79998-2235 | LEADING EDGE RECOV<br>5440 N CUMBERLAND AV SUITE 300<br>CHICAGO IL 60656-1490<br>, 00000 |
| CINGULAR<br>5407 ANDREWS HIGHWAY<br>MIDLAND, TX 79706 | MCS<br>PO BOX 9023547<br>SAN JUAN PR 00902-3547<br>, 00000 |
| FIA CARD SERVICES<br>PO BOX 982236<br>EL PASO TX 79998-2236<br>, 00000 | SOUTHWEST CREDIT SYSTEM<br>4120 INT PARKWAY SUITE 1100<br>CARROLLTON TX 75007-1958<br>, 00000 |
| AT&T MOBILITY PUERTO RICO<br>AT&T SERVICES INC<br>KAREN A CAVAGNARO<br>ONE AT&T WAY ROOM 3A 231<br>BEDMINSTER, NJ 07921 | L & F STATION<br>PO BOX 617<br>CIALES, PR 00638 |
| DEPARTMENT OF TREASURY<br>PRIORITY CLAIMS<br>235 AVE ARTERIAL HOSTOS<br>SAN JUAN, PR 00918-1454 | |
| FIA CARD<br>PO BOX 982236<br>EL PASO, TX 79998-2236 | |

```
                    UNITED STATES BANKRUPTCY COURT
                        DISTRICT OF PUERTO RICO
```

IN RE:                                    CASE NO. 13-05014-MCF
JUAN OMAR ALVAREZ BERRIOS
AILYN YADIRA ROSARIO RESTO                CHAPTER 13

         DEBTOR (S)


                   AFFIDAVIT FOR DEFAULT JUDGEMENT
                    PURSUANT TO SECTION 201(b)(4)
              OF THE SERVICEMEMBERS CIVIL RELIEF ACT OF 2003


    I , Andres Manzano , clerk for the Chapter 13 & 12 Trustee's Office, declare under penalty of perjury, the following:

    That according to the enclosed certification, provided by the Department of Defense Manpower Data Center (DMDC), the Debtor(s) is (are) not in active duty or under call to active duty as a member(s) of the Army, Navy or Air Forces of the United States of America; the National Guard; the Public Health Service or the National Oceanic and Atmospheric Administration.

To certify the above statement I sign this affidavit,

    In San Juan, Puerto Rico, August 07, 2013.


                         _____

Department of Defense Manpower Data Center

Results as of : Aug-07-2013 10:53:32

SCRA 3.0

# Status Report
## Pursuant to Servicemembers Civil Relief Act

Last Name: **ROSARIO RESTO**

First Name: **AILYN**

Middle Name: **YADIRA**

Active Duty Status As Of: **Aug-07-2013**

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL: http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

## Certificate ID: M47AL9D0I0428A0

Case:13-05014-MCF13 Doc#:13 Filed:08/07/13 Entered:08/07/13 14:17:40 Desc: Main
Department of Defense Manpower Data Center Document Page 9 of 10
Results as of : Aug-07-2013 10:52:47
SCRA 3.0



# Status Report
## Pursuant to Servicemembers Civil Relief Act

Last Name: <u>ALVAREZ BERRIOS</u>

First Name: <u>JUAN</u>

Middle Name: <u>OMAR</u>

Active Duty Status As Of: <u>Aug-07-2013</u>

| On Active Duty On Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date ||||

| Left Active Duty Within 367 Days of Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date ||||

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date ||||
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty ||||

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL: http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

## Certificate ID: O4A869F03042N80