IN THE UNITED STATES BANKRUPTCY COURT
District of Puerto Rico

In the Matter of:

JUAN OMAR ALVAREZ BERRIOS
AILYN YADIRA ROSARIO RESTO

Debtor(s)

Case No. 13-05014 MCF

Chapter 13

## OPPOSITION TO DISMISSAL

**TO THE HONORABLE COURT**:

The undersigned, attorney for the above-named debtor, notifies the Court as follows,

1. The trustee filed a Motion to dismiss present case alleging that debtors did not submit evidence of their 1040PR tax returns as it was remarked in the minutes of the 341 Meeting of Creditors. In the applicable part the Minutes reads:

**Debtor must submit evidence of filing 1040PR tax returns for 2009-2012.**

The truth is that the account transcripts from IRS related to debtors' account was uploaded to the trustee on August 1, several days before the motion to dismiss was filed. (Please refer to the confirmation receipt generated by the trustee's website that continues after this motion).

2. According to the transcript debtors did not owe money to IRS during years 2009 and 2012 (in 2012 he was working for an employer). Assessment for year 2010 reflected a tax obligation of $676.42 and for year 2011 a tax obligation of $5,223.59 for a total owed of $5,900.01.

**WHEREFORE**, we respectfully request from this Honorable Court to take notice of the informed above and deny motion to dismiss.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that on this same date a true and exact copy of the foregoing has been field with the Clerk of the Court that will be notified to the Chapter 13 Trustee José R. Carrión Morales using the Court's CM/ECF system.

In Vega Baja, Puerto Rico, on this August 8, 2013

s/ Juan O. Calderon Lithgow
**JUAN O. CALDERON LITHGOW**
ATTORNEY FOR DEBTOR, 205607
APARTADO 1710
VEGA BAJA, PR 00694-1710

TEL.: 787-858-5476
Email: caldlithlaw@gmail.com



Chapter 13

# TRUSTEE ELECTRONIC DOCUMENT FILING APPLICATION (TEDFA)

José R. Carrión-Morales, Esq.

 Home    Document Filing    Document History

Juan O. Calderon Lithgow – *Law Offices*   Sign out

**Select Case:** 1305014   Search

| Case Code | Debtor1 | Debtor2 | Lawyer |
|---|---|---|---|
| 1305014 | JUAN OMAR ALVAREZ BERRIOS | AILYN YADIRA ROSARIO RESTO | JUAN O CALDERON LITHGOW |

**Document Category:** Group - 341 and Pre-Confirmation Documents

**Document Type:** Taxes - Other Tax Returns - FICA, FUTA, CRIM, IVU etc.

**Document Upload:**

*If you want to send multiple documents with the same Category and Type, click the Select button and then keep the Ctrl key pressed as you select all the files you wish to upload.*
*Otherwise you need to click the File button first and then upload other document(s)*

Click the File button to add this document(s) to the list of documents to be sent.   File

| Case | Document Category | Document Type | Document File | Transaction |
|---|---|---|---|---|
| 1305014 | Group - 341 and Pre-Confirmation Documents | Taxes - Other Tax Returns - FICA, FUTA, CRIM, IVU etc. | AJ2967-ACCOUNT TRANSCRIPT 2009, 2010,2011.pdf | 91791 |

**Email Confirmation:** ☐ Receive confirmation of receipt by email
(Please select this option only if you are not able to print the Confirmation page)

Finally, click on the Send Files button to get the receipt for all the documents added to the list.