IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

119-9-334

| | |
|---|---|
| IN THE MATTER OF: | |
| **JUAN OMAR ALVAREZ BERRIOS** **AILYN YADIRA ROSARIO RESTO** Debtor(s) | CASE NO. **13-05014 MCF** |
| **ORIENTAL BANK** Movant | CHAPTER **13** |
| Vs. | |
| **JUAN OMAR ALVAREZ BERRIOS** **AILYN YADIRA ROSARIO RESTO** Respondents/Debtor(s) | |
| **JOSE RAMON CARRION MORALES** Trustee | |

## Amended Motion Requesting Lifting of Automatic Stay for Cause

TO THE HONORABLE COURT:

COMES NOW creditor **ORIENTAL BANK ("Oriental"),** as successor of **BANCO BILBAO VIZCAYA ARGENTARIA PUERTO RICO ("BBVA"),** represented by the undersigned attorneys and very respectfully states and prays:

### I. Jurisdiction

1.    This motion is brought before this Honorable Court pursuant to Rules 4001(a) and 9014 of the Federal Rules of Bankruptcy Procedure and Section 362(d) of the Bankruptcy Code [11 USC §362(d)], for relief from the automatic stay and/or other relief.

Motion Req.Lifting of Aut.Stay for Cause
Case No. 13-05014 MCF

2.    Mr. José Ramón Carrión Morales, Esq., is included in the instant matter in his official capacity as Chapter 13 Trustee.

## II. Factual Background

3.    On June 18th, 2013, debtors filed the instant petition for relief.

4.    ORIENTAL BANK is holder in due course of a Mortgage Note for the principal sum of $143,160.00, plus interest at the rate of 5.750% per annum, plus legal fees, secured by a First Mortgage as appears from Deed Number 252, executed by debtors on August 31st, 2012, before Notary Public Juan A. Martinez Romero, and which encumbers a real property located in the Spanish Language at: Carretera 149 KM 17.6 Bo. Jacaguas Interior Sector La Linea, Ciales, Puerto Rico.

5.    Copy of the Mortgage Note, Deed number 252 and of a title study evidencing Oriental's perfected security interest over the real property above described are attached to claim number **5**. (See, Exhibit "A").

6.    As of April 3rd, 2014, debtors have failed to pay three (3) post-petition installments for the total sum of **$3,196.86**. There is an outstanding balance owed in the total sum of **$143,135.28**. (See, copy of **Statement of Account** subscribed by an authorized officer of ORIENTAL, which is attached with Exhibit "A").

2

Motion Req.Lifting of Aut.Stay for Cause
Case No. 13-05014 MCF

### III. Lift of Automatic Stay

7.   Section 362(d)(1) of the Bankruptcy Code [11 USC §362(d)(1)] states as follows:

> "(d) On request of a party in interest and after notice and a hearing, the court shall grant relief of the stay provided under subsection (a) of this section, such as by terminating, annulling, modifying, or conditioning such stay--
> (1) for cause, including the lack of adequate protection of an interest of such party in interest;"

8.   It is appearing party's contention that, taking into consideration the facts above stated, sufficient cause exists to lift the automatic stay in favor of ORIENTAL, pursuant to Section 362(d)(1), supra. Therefore, it is respectfully requested from this Honorable Court to enter an Order lifting the automatic stay for cause in favor of ORIENTAL.

**WHEREFORE**, it is respectfully requested from this Honorable Court to grant this motion and to enter an Order lifting the automatic stay in favor of appearing creditor and to further grant ORIENTAL $500.00 for attorney's fees.

**I HEREBY CERTIFY**:   On this same date I electronically filed the foregoing document with the clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Attorney for Debtor(s), **JUAN O. CALDERON LITHGOW, ESQ.**, and to Chapter 13 Trustee, **JOSE RAMON CARRION MORALES**, and by

3

**Motion Req.Lifting of Aut.Stay for Cause**
**Case No. 13-05014 MCF**

certified mail, return receipt, requested to debtor(s) **JUAN OMAR**

**ALVAREZ BERRIOS & AILYN YADIRA ROSARIO RESTO** at HC-01 BOX 5301

CIALES, PR 00638.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, this 9 day of, May         2014.

s/ Angel M. Vázquez Bauzá
**ANGEL M VÁZQUEZ BAUZÁ, ESQ.**
Bar Number: 203308
ENR & Associates
PO Box 191017
San Juan, PR 00919-1017
Tel.(787)754-1313 Fax. (787)754-1354
e-mail: avazquez@enrassociates.com

119-9-334/sfg

## STATEMENT OF ACCOUNT

| DEBTOR: | | Juan O. Alvarez Berrios | | | BPPR NUM: | | 06-101-001-0046477 |
|---|---|---|---|---|---|---|---|
| BANKRUPTCY NUM: | | 13-05014MCF (JC) | | | FILING DATE: | | 06/18/13 |

### SECURED LIEN ON REAL PROPERTY

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Principal Balance as of | | 01/01/14 | | | | | 139,208.34 |
| Accrued Interest from | | 12/01/13 | to | 04/30/14 | | | 3,312.97 |
| Interest: | 5.750% | Accrued num. of days: | | 149 | Per Diem: | 22.234665 | |
| | | | | | | | |
| Monthly payment to escrow | | | | | | | |
| Hazard | $35.67 | Taxes | $0.00 | MIP | $0.00 | | |
| A&H | $0.00 | Life | $0.00 | | | | |
| Total montly escrow | | | $35.67 | Months in arrears | 4 | Escrow in arrears | 142.68 |
| | | | | | | Accrued Late Charge: | 421.29 |
| | | | | | | Proyected Late Charge: | |
| Advances Under Loan Contract: | | | | | | | |
| Title Search | $50.00 | Tax Certificate | $0.00 | Inspection | $0.00 | | 50.00 |
| Other | $0.00 | | | | | | |
| Legal Fees: | | | | | | | 0.00 |
| Total amount owed as of | | 04/30/14 | | | | | 143,135.28 |

### AMOUNT IN ARREARS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRE-PETTITION AMOUNT: | | | | | | | |
| 1 | payments of | | $972.00 | each one | | | 972.00 |
| | acummulated lated charges | | | | | | 140.43 |
| Advances Under Loan Contract: | | | | | | | |
| Title Search | $50.00 | Tax Certificate | $0.00 | Inspection | $0.00 | | 50.00 |
| Other | $0.00 | | | | | | |
| Legal Fees | | | | | | | 0.00 |
| | | | | | A = TOTAL PRE-PETITION AMOUNT | | 1,162.43 |
| POST-PETTITION AMOUNT: | | | | | | | |
| 3 | payments of | | $972.00 | each one | | | 2,916.00 |
| | Late Charge | | | | | | 280.86 |
| | | | | | B = TOTAL POST-PETITION AMOUNT | | 3,196.86 |
| | | | | | A + B = TOTAL AMOUNT IN ARREARS | | 4,359.29 |

### OTHER INFORMATION

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Next pymt due | 01/01/14 | Interest rate | 5.750% | P & I | | $936.24 | Monthly late charge | $46.81 |
| Investor | Oriental Bank | Property address | | 149 RD KM 17.6 Int Jacaguas Ciales PR 00638 | | | | |

The subscribing representative of Banco Popular de Puerto Rico declares under penalty of perjury that according to the information gathered by Banco Popular de Puerto Rico the foregoing is true and correct.


*Xavier E. Valera*

**BANCO POPULAR DE PUERTO RICO**

04/03/14

**DATE**

SACCTFHA   Xavier E. Valera Jimenez

Commonwealth of Puerto Rico

------------------------------MORTGAGE NOTE------------------------------
------------------------------PAGARE HIPOTECARIO------------------------------

US $143,160.00                                              August 31, 2012
                                                           San Juan, Puerto Rico

1.   "Borrower" means each person signing at the end of this Note and the
1.   "Deudor Hipotecario" significa cada persona que firma al final de este Pagaré y sus

person's successors and assigns.   "Lender" means------------------------
sucesores y cesionarios.   "Acreedor Hipotecario" significa------------------------

--------------------ORIENTAL BANK AND TRUST------------------------------

and its successors and assigns.------------------------------
y  sus  sucesores  y  cesionarios.------------------------------

2.   In return for a loan received from Lender, Borrower promises to pay
2.   A cambio de un préstamo recibido del Acreedor Hipotecario, el Deudor Hipotecario se

the principal sum of ONE HUNDRED FORTY THREE THOUSAND ONE HUNDRED SIXTY---
obliga a pagar la cantidad principal de CIENTO CUARENTA Y TRES MIL CIENTO SESENTA ------------------

Dollars  (US  $143,160.00),  plus  interest,  to  the  order  of  the
Dólares  (US  $143,160.00),  más  intereses,  a  la  orden  de

Lender.   Interest will be charged on unpaid principal, from the date of
del Acreedor Hipotecario. Se cargará intereses sobre el principal adeudado, desde la fecha

disbursement of the loan proceeds by Lender, at the rate of FIVE POINT
SEVEN HUNDRED FIFTY PERCENT (5.750%)------------------------------
en que el Acreedor Hipotecario desembolsa el producto del préstamo a razón de CINCO PUNTO
SETECIENTOS CINCUENTA POR CIENTO (5.750%)------------------------------

per year until the full amount of principal has been paid.------------------
anual hasta que el principal haya sido totalmente pagado.  ------------------------

3.   Borrower's promise to pay is secured by a mortgage that is dated the
3.   La obligación de pagar del Deudor Hipotecario está garantizada por una hipoteca, otor-

same date as this Note and called the "Security Instrument".   The Security
gada en la misma fecha que este Pagaré, denominada "Hipoteca".  La Hipoteca protege al Acree-

Instrument protects the Lender from losses which might result if Borrower
dor Hipotecario de pérdidas que podrían resultar si el Deudor Hiptecario incumpliere con los

defaults under this Note.------------------------------
términos de este Pagaré.------------------------------

4.   (A)   Borrower shall make a payment of principal and interest to Lender
4.   (A)   El Deudor Hipotecario hará un pago de principal más intereses, al Acreedor Hipo-

on the first day of each month beginning on OCTOBER, 2012.   Any
tecario el primer día de cada mes, comenzando en OCTUBRE de 2012.  Cualquier prin-

principal and interest remaining on the first day of SEPTEMBER, 2035, will
cipal más intereses adeudados al día primero de SEPTIEMBRE del 2035, vencerá en esa

be due on that date, which is called the maturity date.------------------
misma fecha que es denominada la fecha de vencimiento.------------------------------

     (B)   Payment shall be made at the address notified to Borrower at
     (B)   El pago sera efectuado en la dirección notificada al Deudor Hipotecario en el

closing or at such place as Lender may designate in writing by notice to
cierre o en cualquier otro lugar que el Acreedor Hipotecario designe por escrito con notifi-

Borrower.------------------------------
cación al Deudor Hipotecario.------------------------------

     (C)   Each monthly payment of principal and interest will be in the
     (C)   Cada pago mensual de principal más intereses sera por la candidad de------------------

amount of NINE HUNDRED THIRTY SIX DOLLARS WITH TWENTY FOUR CENTS ($936.24)-
NOVECIENTOS TREINTA Y SEIS DÓLARES CON VEINTE Y CUATRO CENTAVOS ($936.24)------------------

This amount will be part of a larger monthly payment required by the Secu-
Esta cantidad es parte de un pago mensual mayor, requerido por la Hipoteca que sera apli-

rity Instrument, that shall be applied to principal, interest and other
cado al principal, intereses y a otros conceptos en el orden descrito en la Hipoteca.

items in the order described in the Security Instrument.

5.   Borrower has the right to pay the debt evidenced by this Note, in
5.   El Deudor Hipotecario tiene el derecho de pagar la deuda evidenciada por este Pagaré,

whole or in part, without charge or penalty, on the first day of each month.
total o parcialmente , sin recargo ni penalidad, el primer día de cualquier mes. El Acreedor

Lender shall accept prepayment on other days provided that Borrower pays
Hipotecario aceptará el prepago cualquier otro día siempre que el Deudor Hiptecario pague

interest on the amount prepaid for the remainder of the month to the extent
intereses en la cantidad prepagada por el resto del mes requrido por el Acreedor Hipotecario

required by Lender and permitted by regulations of the Secretary.   If
y permitido por la reglamentación del Secretario. Si el Deudor Hipotecario hace prepagos

Borrower makes a partial prepayment, ther will be no changes in the due
parciales, no habrá cambios en la fecha de vencimiento o la cantidad de pago mensual a menos

date or in the amount of monthly payment unless Lender agrees in writing to
que el Acreedor Hipotecario acepte los cambios por escrito.

those changes.

6.   (A)  If Lender has not received the full monthly payment required by
6.   (A)  Si el Acreedor Hipotecario no hubiere recibido el pago total mensual requerido

the Security Instrument, as described in Paragraph 4(C) of this Note, by
por la Hipoteca, tal como se describe en el párrafo 4(C) de este Pagaré, al cabo de quince

the end of fifteen (15) calendar days after the payment is due, Lender may
(15) días calendarios después del vencimiento del pago, el Acreedor Hipotecario, podrá cobrar

collect a late charge in the amount of four percent (4.00%) of the overdue
un recargo por demora en la cantidad de un cuatro por ciento (4.00%) de la suma atrasada de

amount of each payment.
cada pago.

(B)  If Borrower defaults by failing to pay in full any monthly pay-
(B)  Si el Deudor Hipotecario incumpliere por no efectuar el pago completo de cual-

ment, then Lender may, except as limited by regulations of the Secretary
quier pago mensual, entonces, el Acreedor Hipotecario podrá, sujeto a las limitaciones regla-

in the case of payment defaults, require immediate payment in full of the
mentarias del Secretario para el caso de incumplimiento por falta de pago, exigir el pago

principal balance remaining due and all accrued interest.   Lender may
total inmediato del saldo impagado del principal y de todos los intereses acumulados. El

choose not to excercise this option without waiving its rights in the event
Acreedor Hipotecario podrá elegir no ejercitar esta opción sin renunciar a sus derechos en

of any subsequent default.   In many circumstances regulations issued by
caso de cualquier incumplimiento subsiguiente.  En muchas circunstancias las reglamentaciones

Secretary will limit Lender's rights to require immediate payment in full
emitidas por el Secretario limitan los derechos del Acreedor Hipotecario para exigir el pago

in the case of payment defaults.   This Note does not authorize acceleration
total inmediato por incumplimiento en el pago de plazos vencidos. Este Pagaré no autoriza la

when not permitted by HUD regulations.  As used in this Note, "Secretary"
aceleración de su vencimiento cuando los reglamentos de HUD no lo permitan. Tal como se usa

means the Secretary of Housing and Urban Development or his or her
en este Pagaré, la palabra "Secretario" significa el Secretario del Departamento de

designee.
Desarrollo Urbano y Vivienda de los Estados Unidos de América o su representante.

(C)  If Lender has required immediate payment in full, as described
(C)  Si el Acreedor Hipotecario ha exigido el pago total inmediato, según se describe

above, Lender my require Borrower to pay costs and expenses including rea-
anteriormente, podrá requerirle al Deudor Hipotecario que pague costas y gastos, incluyendo

sonable and customary attorney's fees for enforcing this Note to the extent
honorarios de abogado razonables y acostumbrados, hasta el máximo por la ley aplicable para

not prohibited by applicable law.  Such fees and costs shall bear interest
exigir el cumplimiento de este Pagaré.  Dichos honorarios, costas y gastos devengarán

from the date of disbursement at the same rate as the principal of this
intereses, desde el día de su desembolso, al mismo tipo que el principal de este Pagaré.----------

Note.--------------------------------------------------------------------------

7.  Borrower and any other person who has obligations under this Note
7.  El Deudor Hipotecario y cualquier otra persona que esté obligada bajo este Pagaré

waive the rights of presentment and notice of dishonor.  "Presentment"
renuncian a los derechos de presentación y aviso de rechazo.  "Presentación" significa el

means the right to require Lender to demand payment of amounts due.
derecho de requerirle al Acreedor Hipotecario que demande el pago de las cantidades vencidas.

"Notice of Dishonor" means the right to require Lender to give notice to
"Aviso de Rechazo" significa el derecho de requerirle al Acreedor Hipotecario notificar a

other persons that amounts due have not been paid.------------------------
otras personas que las cantidades vencidas no han sido pagadas.-----------------------

8.  Unless applicable law requires a different method, any notice that
8.  Salvo que el Derecho Aplicable requiera un método distinto, cualquier notificación que

must be given to Borrower under this Note will be given by delivering it or
deba hacerse al Deudor Hipotecario bajo este Pagaré se hará mediante entrega o por correo de

by mailing it by first class mail to Borrower at the Property address below
primera clase, dirigida al Deudor Hipotecario, a la dirección de la Propiedad abajo indicada

or at a different address if Borrower has given Lender a notice of Borrow-
o a una dirección diferente, si el Deudor Hipotecario le ha notificado al Acreedor Hipoteca-

er's different address.--------------------------------------------------
rio de una dirección diferente.------------------------------------------------------

Any notice that must be given to Lender under this Note will be given
Cualquier notificación que se deba hacer al Acreedor Hipotecario bajo este Pagaré le

by first class mail to Lender at the address stated in Paragraph 4(B) or at
será hecha por correo de primera clase a la dirección expresada en el Párrafo 4(B) o a una

a different address if Borrower is given a notice of that different
dirección diferente si al Deudor Hipotecario le ha sido notificada una dirección diferente.--------

address.---------------------------------------------------------------------

9.  If more than one person signs this Note, each person is fully and
9.  Si más de una persona firma este Pagaré, cada una queda total y personalmente obligada

personally obliged to keep all the promises made in this Note, includ-
a cumplir todos los compromisos contraídos en este Pagaré, incluyendo el pagar la cantidad

ing the promise to pay the full amount owed.  Any person who is a guaran-
total adeudada.  Cualquier persona que sea garantizadora, fiadora o endosante de este Pagaré

tor, surety or endorser of this Note is also obligated to do these things.
está también obligada a cumplir lo estipulado.  Cualquier persona que asuma estas obligacio-

Any person who takes over these obligations, including the obligations of a
nes, incluyendo las obligaciones de un garantizador, fiador o endosante de este Pagaré, tam-

guarantor, surety or endorser of this Note, is also obligated to keep all
bién está obligada a cumplir todos los compromisos contraídos en el mismo.  El Acreedor

of the promises made in this Note.  Lender may enforce its rights under
Hipotecario podrá hacer valer sus derechos bajo este Pagaré en contra de cada persona indivi-

this note against each person individually or against all signatories
dualmente o en contra de todos los signatarios conjuntamente.  A cualquier suscribiente de

together. Any one person signing this Note may be required to pay all of
este pagaré la podrá ser requerido el pago de todas las cantidades adeudadas bajo el mismo.

the amounts owed under this Note.———————————————————————————————————

BY SIGNING BELOW, Borrower accepts and agrees to the terms and cove-
AL SUSCRIBIR este Pagaré el Deudor Hipotecario acepta y está de acuerdo con los térmi-

nants contained in this Note.———————————————————————————————————————
nos y pactos contenidos en el mismo.——————————————————————————————————

This Note is secured by a mortgage executed by Deed number—252————————
Este Pagaré está garantizado por Hipoteca constituida por la Escritura número —252—————

of this same date before the subscribing Notary.—————————————————————————
otorgada en esta misma fecha ante el Notario suscribiente.————————————————————

In San Juan, Puerto Rico on August 31, 2012.————————————————————————
En San Juan, Puerto Rico a 31 de agosto de 2012.————————————————————————

_____          _____
JUAN OMAR ALVAREZ BERRIOS                  AILYN YADIRA ROSARIO RESTO
                                           También conocida como
                                           AILYN Y. ROSARIO RESTO

Borrower(s)
Deudor(es) Hipotecario(s)

CARR 149 KM 17.6
BO. JACAGUAS INTERIOR
SECTOR LA LINEA
CIALES PR 00638
Property Address
Dirección de la Propiedad


Affidavit Number 672
Afidávit Número 672

———I, the Notary, hereby attest that I have identified the Borrower's for not
knowing them personally——————————————————————————————————————————
———Yo, el Notario, por la presente certifico que por no conocerlos personalmente identifiqué a los
deudores —————————————————————————————————————————————————————

pursuant the requirements specified in the Article ————————————————————————
hipotecario de acuerdo con los requisitos especificados en el Artículo —————————————————

seventeen "c" (17-c) of the Notarial Law of Puerto Rico in force by ——————————
diez y siete "c" (17-c) de la Ley Notarial vigente ————————————————————————————

drivers license number 2605449 and she by drivers license number 2604238 shown
freely and voluntarily,————————————————————————————————————————————
mediante licencia de conducir número 2605449 y ella mediante licencia de conducir número 2604238
mostradas libre y voluntariamente,————————————————————————————————————

issued by the Commonwealth of Puerto Rico.———————————————————————————————
expedidas por el Estado Libre Asociado de Puerto Rico.———————————————————————————

_____
NOTARY

---El día de su otorgamiento libré Primera Copia Certificada a petición de **ORIENTAL BANK AND TRUST.**---------- DOY FE.-------------------------

NOTARIO

---**DEED NUMBER: TWO HUNDRED FIFTY TWO (252)**-------------
---*ESCRITURA NÚMERO: DOSCIENTOS CINCUENTA Y DOS (252)*----

-----------------------------**FIRST MORTGAGE** ---------------------
-----------------------------*PRIMERA HIPOTECA* -----------------------

----In the city of San Juan, Puerto Rico, this thirty one (31) day of August, two thousand twelve (2012). -----------------------------------

----*En la ciudad de San Juan, Puerto Rico, hoy día treinta y uno (31) de agosto de dos mil doce (2012)*-----------------------------------

-----------------------------**BEFORE ME** ---------------------
-----**JUAN A. MARTÍNEZ ROMERO,** Notary Public in and for the Commonwealth of Puerto Rico, with residence in Toa Alta, Puerto Rico and with offices in Guaynabo, Puerto Rico,-----------------------------

-----------------------------*ANTE MÍ* ---------------------
----*JUAN A. MARTINEZ ROMERO, Notario Público en y para el Estado Libre Asociado de Puerto Rico, con residencia en la ciudad de Toa Alta, Puerto Rico, y con oficinas en la ciudad de Guaynabo, Puerto Rico,*-----------------------------------

-----------------------------*APPEAR* ---------------------
----The person(s) named in Part SEVENTH (hereinafter "Borrower"). ---

-----I, the Notary Public, give faith that I personally know the parties appearing herein, except as I may have otherwise clarified in the "ACCEPTANCE" section of this Security Instrument, and, through their statements, as to their ages, civil status, occupations and residences, who assure me that they have, and in my judgment they do have, the legal capacity to execute this deed, wherefore, they freely-----------------------------



-----------------------------*COMPARECEN*---------------------
-----*La(s) persona(s) mencionada(s) en la Parte SÉPTIMA (en adelante el "Deudor").* -----------------------------------

-----*Yo, el Notario Público, doy fe de que conozco personalmente a los comparecientes, a menos que haya aclarado lo contrario en la sección de "ACEPTACIÓN" de esta Hipoteca, y, por sus dichos, de sus edades, estado civil, ocupaciones y residencias, quienes me aseguran tener, y a mi juicio tienen, la capacidad legal necesaria para otorgar esta escritura, por lo que libremente*-----------------------------

-----------------------------**STATE AND COVENANT**-----------------
-----------------------------*DECLARAN Y CONVIENEN*-----------------------

----**FIRST:** DEFINITIONS: Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21 of Part FOURTH. Certain rules regarding the usage of words used in this document are also provided in Section 16 of Part FOURTH.-----------------------------

-----**PRIMERA:** *DEFINICIONES: Palabras usadas en varias secciones de este documento se definen más adelante y otras palabras se definen en las Secciones 3, 11, 13, 18, 20 y 21 de la Parte CUARTA. La Sección 16 de la Parte CUARTA también contiene ciertas reglas referentes al uso de vocablos en este documento.* -----------------------------

-----(A) Security Instrument means this document, in which the date and place of execution are stated on page number one, together with all Riders to this document executed by the Borrower. -----------------------------------

-----*(A) Hipoteca significa este documento, en el cual la fecha y sitio de otorgamiento se indican en la primera página, conjuntamente con todas*

*las Cláusulas Adicionales a este documento que otorgue el Deudor.*

-----**(B) Borrower** is (are) the person(s) mentioned in Part SEVENTH and is the mortgagor under this Security Instrument.

-----***(B) Deudor*** *es (son) la(s) persona(s) mencionada(s) en la Parte SÉPTIMA, y es el deudor hipotecario en esta Hipoteca.*

-----**(C) Lender** is the entity mentioned in Part EIGHTH. Lender is an entity organized and existing under the laws of the jurisdiction indicated in Part EIGHTH. Lender's address is the one that appears in Section 3(A) of the Note and in Part EIGHTH of this Security Instrument. Lender is the mortgagee under this Security Instrument.

-----***(C) Prestador*** *es la entidad mencionada en la Parte OCTAVA. El Prestador es una entidad organizada y existente bajo las leyes de la jurisdicción que se indica en la Parte OCTAVA. La dirección del Prestador es la que aparece en la Sección (3)(A) del Pagaré y en la Parte OCTAVA de esta Hipoteca. El Prestador es el acreedor hipotecario en esta Hipoteca.*

-----**(D) Note** means the promissory note signed by Borrower on this same date, payable to the order of Lender, bearing affidavit number **SIX HUNDRED SEVENTY TWO (672)** of the undersigned Notary Public. The Note states that Borrower owes Lender the principal sum of **ONE HUNDRED FORTY THREE THOUSAND ONE HUNDRED SIXTY DOLLARS ($143,160.00)**, plus interest at an annual rate of **FIVE POINT SEVEN HUNDRED FIFTY PERCENT (5.750 %)**.  Borrower has promised to pay this debt in regular Periodic Payments for the amount of **NINE  HUNDRED THIRTY SIX DOLLARS WITH TWENTY FOUR CENTS ($936.24)** and to pay the debt in full not later than **SEPTEMBER FIRST (1ST) TWO THOUSAND THIRTY FIVE (2035).**



-----***(D) Pagaré*** *significa el pagaré firmado por el Deudor en esta misma fecha, pagadero a la orden del Prestador, bajo el testimonio número SEISCIENTOS SETENTA Y DOS (672) del Notario Público infrascrito. El Pagaré establece que el Deudor le adeuda al Prestador la suma principal de CIENTO CUARENTA Y TRES MIL CIENTO SESENTA DÓLARES ($143,160.00), más intereses a la tasa anual de CINCO PUNTO SETECIENTOS CINCUENTA·POR CIENTO (5.750 %). El Deudor ha prometido pagar esta deuda en Pagos Periódicos regulares por la cantidad de NOVECIENTOS TREINTA Y SEIS DÓLARES CON VEINTE Y CUATRO CENTAVOS ($936.24) y pagar la deuda total no más tarde de EL PRIMERO (1ERO) DE SEPTIEMBRE DE DOS MIL TREINTA Y CINCO (2035).*

-----**(E) Property** means the property described in Part FIFTH, together with all improvements now or hereafter erected thereon, all easements, appurtenances and fixtures now or hereafter a part thereof, and all replacements and additions thereto. The Property's address is that stated in the Note.

-----***(E) Propiedad*** *significa la finca que se describe en la Parte QUINTA, conjuntamente con todas las mejoras existentes o que se puedan allí erigir en el futuro, todas las servidumbres, accesorios y bienes inmuebles por destino que ahora o en el futuro formen parte de la misma, y todos los reemplazos y añadiduras a lo anterior. La dirección de la Propiedad es la que se establece en el Pagaré.*

-----**(F) Loan** means the debt evidenced by the Note, plus interest, any pre-payment charges and late charges due under the Note, and all sums due under this Security Instrument, plus interest.

-----***(F) Préstamo*** *significa la deuda evidenciada por el Pagaré, más*

*intereses, cualesquiera cargos por pago anticipado y cargos por demora adeudados bajo el Pagaré, y todas las cantidades adeudadas bajo esta Hipoteca, más intereses.*

----(G) **Riders** means all riders to this Security Instrument that are executed by Borrower.

----*(G) Cláusulas Adicionales significa todas las cláusulas adicionales a esta Hipoteca que otorgue el Deudor.*

-----(H) **Applicable Law** means all controlling applicable federal, state and local statutes, regulations, ordinances and administrative rules and orders (that have the administrative effect of law) as well as all applicable final, non-appealable judicial opinions.

-----*(H) Ley Aplicable significa toda ley, reglamento, ordenanza, reglas y órdenes administrativas (que tengan fuerza de ley), federales, estatales y municipales, que estén vigentes y apliquen, así como toda opinión judicial final e inapelable, que sean determinantes y aplicables.*

-----(I) **Community Association Dues** means all dues, fees, assessments and other charges that are imposed on Borrower or on the Property by a condominium association, homeowners association or similar organization.

-----*(I) Cuotas Comunales de Asociación significa todas las cuotas, derechos, derramas y otros cargos que sean impuestos al Deudor o sobre la Propiedad por una asociación de condóminos, asociación de dueños de hogares u organización similar.*



-----(J) **Electronic Funds Transfer** means any transfer of funds, other than a transaction originated by check, draft, or similar paper instrument, which is initiated through an electronic terminal, telephone, computer, or magnetic tape so as to order, instruct or authorize a financial institution to debit or credit an account. Such term includes, but is not limited to point-of-sale transfers, automated teller machine transactions, transfers initiated by telephone, wire transfers, and automated clearinghouse transfers.

-----*(J) Transferencia Electrónica de Fondos significa toda transferencia de fondos, que no sea una transacción originada mediante cheque, giro, o documento similar, que se inicie mediante un terminal electrónico, teléfono, computador o cinta magnética con el fin de ordenar, instruir o autorizar a una institución financiera que debite o acredite una cuenta. Este vocablo incluye, pero no se limita a, transferencias en el punto-de-venta, transacciones en máquinas de cajero automático, transferencias iniciadas por teléfono, transferencias cablegráficas y transferencias mediante una mesa de compensación automatizada.*

-----(K) **Escrow Items** means those items that are described in Section 3 of Part FOURTH.

-----*(K) Partidas en Reserva significa aquellas partidas descritas en la Sección 3 de la Parte CUARTA.*

-----(L) **Miscellaneous Proceeds** means any compensation, settlement, award of damages, or proceeds paid by any third party (other than insurance proceeds paid under the coverages described in Part FOURTH, Section 5) for: (i) damage to, or destruction of the Property; (ii) condemnation or other taking of all or any part of the Property; (iii) conveyance in lieu of condemnation, or (iv) misrepresentations of, or omissions as to, the value and/or condition of the Property.

-----*(L) Réditos Misceláneos significa cualquier prestación, liquidación o indemnización por daños, o el producto de pagos hechos por un tercero (que no sea la indemnización de seguros pagada bajo las cubiertas*

*descritas en la Parte CUARTA, Sección 5) por: (i) daño a, o destrucción de la Propiedad; (ii) expropiación o cualquier otro apoderamiento de toda o parte de la Propiedad, (iii) entrega de la Propiedad en lugar de expropiación; o (iv) falsa representación de, u omisiones en cuanto a, el valor y/o condición de la Propiedad.* --------------------------------

-----(M) **Mortgage Insurance** means insurance protecting Lender against the nonpayment of, or default on the Loan. ------------------------------

-----*(M) Seguro Hipotecario significa seguro que protege al Prestador contra la falta de pago, o incumplimiento del Préstamo.* --------------------

-----(N) **Periodic Payment** means the regularly scheduled amount due for (i) principal and interest under the Note, plus (ii) any amounts under Part FOURTH, Section 3 of this Security Instrument.------------------------

-----*(N) Pago Periódico significa la suma regular programada a ser pagada por concepto de (i) principal e intereses bajo el Pagaré, más (ii) cualesquiera cantidades bajo la Sección 3 de la Parte CUARTA de esta Hipoteca.* --------------------------------------------------------------

-----(O) **RESPA** means the Real Estate Settlement Procedures Act (12 U.S.C. Sections 2601 et seq.) and its implementing regulation, Regulation X (24 C.F.R. 3500), as they might be amended, or any additional or successor legislation or regulation that governs the same subject matter. As used herein, "RESPA" refers to all requirements and restrictions that are imposed in regard to a "federally related mortgage loan" even if the Loan does not qualify as a "federally related mortgage loan" under RESPA.--------------------------------------------------------------

-----*(O) RESPA significa la "Real Estate Settlement Procedures Act" (12 U.S.C. Secciones 2601 y siguientes) y su reglamento habilitador, Reglamento X (24 C.F.R. 3500), según puedan ser enmendados, o cualquier legislación o reglamento adicional o sucesor que rija el mismo tema. Según se usa en esta Hipoteca, "RESPA" se refiere a todos los requisitos y las restricciones que se impongan respecto a "un préstamo hipotecario de índole federal" aún cuando el Préstamo no califique como un "préstamo hipotecario de índole federal" bajo RESPA.* ------------------

-----(P) **Successor in Interest of Borrower** means any party that has taken title to the Property, whether or not that party has assumed Borrower's obligations under the Note and/or this Security Instrument. ----

-----*(P) Sucesor en Interés del Deudor significa cualquier persona que adquiera título sobre la Propiedad, haya o no tal persona asumido las obligaciones del Deudor bajo el Pagaré y/o esta Hipoteca.* ------------------

-----**SECOND:** CONSTITUTION OF MORTGAGE ON THE PROPERTY. This Security Instrument secures to Lender: (i) the repayment of the Loan, and all renewals, extensions and modifications of the Note, and (ii) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower irrevocably mortgages to Lender, with power to foreclose, the Property described hereinafter in this Security Instrument TOGETHER WITH all rights incorporated in the definition given to the term "Property" in Part FIRST, Section E hereof. -------------------------------------

-----*SEGUNDA: CONSTITUCIÓN DE HIPOTECA SOBRE LA PROPIEDAD. Esta Hipoteca garantiza al Prestador: (i) el repago del Préstamo, y todas las renovaciones, extensiones y modificaciones del Pagaré, y (ii) el cumplimiento de los convenios y acuerdos del Deudor bajo esta Hipoteca y bajo el Pagaré. Para ese fin, el Deudor irrevocablemente hipoteca a favor del Prestador, con facultad de ejecución, la Propiedad descrita más adelante en esta Hipoteca CONJUNTAMENTE CON todos los derechos incluidos en la definición*

*del vocablo "Propiedad" que aparece en la Parte PRIMERA, Sección E de esta Hipoteca.* ------------------------------------------------------------

-----**THIRD:** <u>COVENANTS</u>. (a) BORROWER COVENANTS AND AGREES that Borrower is lawfully seised with title of the estate hereby conveyed and has the right to mortgage the Property, and that the Property is unencumbered, except for encumbrances reflected in the Registry of Property. Borrower warrants and will defend generally the title to the Property against all claims and demands, subject to any encumbrances of record. ------------------------------------------------------------

-----**TERCERA:** CONVENIOS. (a) EL DEUDOR ACUERDA y CONVIENE que es dueño y tiene derecho a hipotecar la Propiedad, y que la Propiedad está libre de cargas y gravámenes excepto aquellas cargas y gravámenes que surgen de Registro de la Propiedad. El Deudor garantiza y defenderá el título de la Propiedad contra toda reclamación y requerimiento, sujeto a cualquier gravamen que surja de Registro de la Propiedad. ------------------------------------------------------------

-----(b) This Security Instrument combines uniform covenants for national use and non-uniform covenants with limited variations by jurisdiction to constitute a uniform security instrument covering real property. ------------

-----*(b) Esta Hipoteca combina convenios uniformes para uso nacional y convenios no uniformes con variaciones limitadas para cada jurisdicción, para constituir una hipoteca uniforme sobre bienes inmuebles.* ------------

-----**FOURTH:** <u>UNIFORM COVENANTS</u>. Borrower and Lender, by the disbursal of funds evidenced by the Note, covenant and agree as follows: -

-----*CUARTA: CONVENIOS UNIFORMES. El Deudor y el Prestador, mediante el desembolso de los fondos evidenciados por el Pagaré, convienen y acuerdan lo siguiente:* ------------------------------------------------------------

-----**1.** <u>**Payment of Principal, Interest, Escrow Items, Prepayment Charges and Late Charges.**</u> Borrower shall pay when due the principal of, and interest on the debt evidenced by the Note and any prepayment charges and late charges due under the Note. Borrower shall also pay funds for Escrow Items pursuant to Section 3. Payments due under the Note and this Security Instrument shall be made in United States currency. However, if any check or other instrument received by Lender as payment under the Note or this Security Instrument is returned to Lender unpaid, Lender may require that any or all subsequent payments due under the Note and this Security Instrument be made in one or more of the following forms, as selected by Lender: a) cash, b) money order, c) certified check, treasurer's check or cashier's check, provided any such check is drawn by or on an institution whose deposits are insured by a federal agency, instrumentality, or entity, or (d) Electronic Funds Transfer. ------------------

-----*1. <u>Pago de Principal, Intereses, Partidas en Reserva, Cargos por Pago Anticipado y Cargos por Demora.</u> El Deudor pagará a su vencimiento el principal y los intereses sobre la deuda evidenciada por el Pagaré, y cualesquiera cargos por pago anticipado y cargos por demora adeudados bajo el Pagaré. El Deudor también pagará las Partidas en Reserva conforme a la Sección 3. Los pagos efectuados bajo el Pagaré y bajo esa Hipoteca se harán en moneda de los Estados Unidos. Sin embargo, si cualquier cheque u otro instrumento recibido por el Prestador en pago bajo el Pagaré o esta Hipoteca es desairado y devuelto al Prestador, el Prestador podrá requerir que cualquier o todo pago posterior adeudado bajo el Pagaré y bajo esta Hipoteca se haga de una o más de las siguientes maneras, a elección del Prestador: (a) efectivo, (b) giro, (c) cheque certificado, cheque oficial de una institución financiera o cheque de gerente, siempre y cuando tal cheque sea librado por o contra una institución cuyos depósitos estén asegurados por una agencia, instrumentalidad o entidad federal, o (d) Transferencia Electrónica de*

*Fondos.* ------------------------------------------------------------------------------

-----Payments are deemed received by Lender when received at the location designated in the Note or at such other location as may be designated by Lender in accordance with the notice provisions in Section 15. Lender may return any payment or partial payment if the payment or partial payments are insufficient to bring the Loan current. Lender may accept any payment or partial payment insufficient to bring the Loan current, without waiver of any rights hereunder or prejudice to its rights to refuse payment or partial payments in the future, but Lender is not obligated to apply such payments at the time such payments are accepted. If each Periodic Payment is applied as of its scheduled due date, then Lender need not pay interest on unapplied funds. Lender may hold such unapplied funds until Borrower makes payment to bring the Loan current. If Borrower does not do so within a reasonable period of time, Lender shall either apply such funds or return them to Borrower. If not applied earlier, such funds will be applied to the outstanding principal balance under the Note immediately prior to foreclosure. No offset or claim which Borrower might have now or in the future against Lender shall relieve Borrower from making payments due under the Note and this Security Instrument or performing the covenants and agreements secured by this Security Instrument. ------------------------------------------------------

-----*Se entenderá que los pagos han sido recibidos por el Prestador cuando se reciban en el lugar designado en el Pagaré o en aquel otro lugar que designe el Prestador conforme a las disposiciones de notificación en la Sección 15. El Prestador podrá devolver cualquier pago o pago parcial si el pago o los pagos parciales son insuficientes para poner el Préstamo al día. El Prestador puede aceptar cualquier pago o pago parcial insuficiente para poner el Préstamo al día, sin renunciar a ninguno de sus derechos bajo esta Hipoteca y sin perjuicio de su derecho a rechazar tal pago o pagos parciales en el futuro, pero el Prestador no está obligado a aplicar tales pagos al momento en que son aceptados. Si cada Pago Periódico se aplica a su fecha establecida de vencimiento, el Prestador no estará obligado a pagar intereses sobre fondos no aplicados. El Prestador puede retener dichos fondos no aplicados hasta que el Deudor haga los pagos para poner el Préstamo al día. Si el Deudor no pone el Préstamo al día dentro de un período razonable, el Prestador entonces aplicará tales fondos o los devolverá al Deudor. De no haberse aplicado antes, tales fondos serán aplicados al balance del principal adeudado bajo el Pagaré inmediatamente antes de la ejecución de esta Hipoteca. Ninguna compensación o reclamación que pudiera tener el Deudor ahora o en el futuro contra el Prestador relevará al Deudor de efectuar los pagos adeudados bajo el Pagaré y esta Hipoteca o de cumplir con los convenios y acuerdos garantizados por esta Hipoteca.* ------------------

-----**2. Application of Payments or Proceeds.** Except as otherwise described in this Section 2, all payments accepted and applied by Lender shall be applied in the following order of priority: (a) interest due under the Note; (b) principal due under the Note; (c) amounts due under Section 3. Such payments shall be applied to each Periodic Payment in the order in which it became due. Any remaining amounts shall be applied first to late charges, second to any other amounts due under this Security Instrument, and then to reduce the principal balance of the Note. ------------------------

-----**2. Aplicación de Pagos o Réditos.** *Salvo que se indique otra cosa en esta Sección 2, todos los pagos aceptados y aplicados por el Prestador serán aplicados en el siguiente orden de prioridad: (a) intereses adeudados bajo el Pagaré; (b) principal adeudado bajo el Pagaré; (c) cantidades adeudadas bajo la Sección 3. Tales pagos se aplicarán a cada Pago Periódico por orden de vencimiento. Cualquier cantidad remanente será aplicada primero a los cargos por demora, segundo a cualquier otra cantidad vencida bajo esta Hipoteca, y luego para reducir el balance del principal del Pagaré.* ------------------------------------------------------

-----If Lender receives a payment from Borrower for a delinquent Periodic

Payment which includes a sufficient amount to pay any late charge due, the payment may be applied to the delinquent payment and the late charge. If more than one Periodic Payment is outstanding, Lender may apply any payment received from the Borrower to the payment of the Periodic Payments if, and to the extent that each payment can be paid in full. To the extent that any excess exists after the payment is applied to the full payment of one or more Periodic Payments, such excess may be applied to any late charges due. Voluntary prepayments shall be applied first to any prepayment charges and then as described in the Note. ----------------------

-----Si el Prestador recibe un pago del Deudor para un Pago Periódico atrasado que incluya una cantidad suficiente para pagar cualquier cargo por demora adeudado, el Prestador podrá aplicar el mismo al pago atrasado y al cargo por demora. Si más de un Pago Periódico se encuentra al descubierto, el Prestador podrá aplicar cualquier pago recibido del Deudor al pago de los Pagos Periódicos si, y hasta donde cada pago pueda ser pagado por completo. Si hay un sobrante después de aplicar el pago al pago total de uno o más Pagos Periódicos, tal sobrante podrá aplicarse a cualquier cargo por demora que se deba. Los pagos anticipados voluntarios serán aplicados primero a cualquier cargo por pago anticipado y luego según se indica en el Pagaré. ----------------------

-----Any application of payments, insurance proceeds or Miscellaneous Proceeds to principal due under the Note shall not extend or postpone the due date of the Periodic Payments or change the amounts of those payments.----------------------

-----Cualquier aplicación de pagos, indemnizaciones de seguros o Réditos Misceláneos al principal adeudado bajo el Pagaré no extenderá ni pospondrá la fecha de vencimiento de los Pagos Periódicos, ni cambiará la cuantía de esos pagos. ----------------------



-----**3. Funds for Escrow Items.** Borrower shall pay to Lender on the day Periodic Payments are due under the Note, until the Note is paid in full, a sum (the "Funds") to provide for payment of amounts due for: (a) taxes and assessments and other items which can attain priority over this Security Instrument as a lien or encumbrance on the Property; (b) leasehold payment or ground rents on the Property, if any; (c) premiums for any and all insurance required by Lender under Section 5; and (d) Mortgage Insurance premiums, if any, or any sums payable by Borrower to Lender in lieu of the payment of Mortgage Insurance premiums in accordance with the provisions of Section 10. These items are called "Escrow Items." At origination or at any time during the term of the Loan, Lender may require that Community Association Dues, if any, be escrowed by Borrower, and such Community Association Dues shall be an Escrow Item. Borrower shall promptly furnish to Lender all notices of amounts to be paid under this Section 3. Borrower shall pay Lender the Funds for Escrow Items unless Lender waives Borrower's obligations to pay the Funds for any or all Escrow Items. Lender may waive Borrower's obligation to pay to Lender Funds for any or all Escrow Items at any time. Any such waiver may only be in writing. In the event of such waiver, Borrower shall pay directly, when and where payable, the amounts due for any Escrow Items for which payment of Funds has been waived by Lender, and if Lender requires, shall furnish to Lender receipts evidencing such payment within such time period as Lender may require. Borrower's obligation to make such payments and to provide receipts shall for all purposes be deemed to be a covenant and agreement contained in this Security Instrument, as the phrase "covenant and agreement" is used in Section 9. If Borrower is obligated to pay Escrow Items directly, pursuant to a waiver, and Borrower fails to pay the amount due for an Escrow Item, Lender may exercise its rights under Section 9 and pay such amount, and Borrower shall then be obligated under Section 9 to repay to Lender any such amount. Lender may revoke the waiver as to any or all Escrow Items at any time by a notice given in accordance with Section 15 and, upon such revocation, Borrower shall pay to Lender all Funds, and in such

amounts, that are required under this Section 3.------------------------------------

-----*3. Fondos para Partidas en Reserva. El Deudor pagará al Prestador en el día en que venzan los Pagos Periódicos bajo el Pagaré, hasta que el Pagaré sea pagado en su totalidad, una suma (los "Fondos") para cubrir el pago de cantidades adeudadas para: (a) contribuciones e imposiciones, y otras partidas que pudiera adquirir prioridad sobre esta Hipoteca como gravamen o carga sobre la Propiedad; (b) pagos por el arrendamiento de la Propiedad, su terreno o mejoras, si alguno; (c) primas por cualquier y todo seguro requerido por el Prestador bajo la Sección 5; y (d) Primas de Seguro Hipotecario, si alguna, o cualquier suma pagadera por el Deudor al Prestador en lugar de pago de primas de Seguro Hipotecario de acuerdo a lo provisto en la Sección 10. Estas partidas se llaman "Partidas en Reserva". Al concederse el Préstamo, o en cualquier momento durante el término del mismo, el Prestador podrá requerir que el Deudor deposite como parte de los Fondos las Cuotas Comunales de Asociación que venga obligado a pagar, y las mismas constituirán una Partida en Reserva. El Deudor proveerá con prontitud al Prestador todas las notificaciones de cantidades a ser pagadas bajo esta Sección 3. El Deudor pagará al Prestador los Fondos para cubrir las Partidas en Reserva, a menos que el Prestador lo releve total o parcialmente de dicha obligación. El Prestador podrá relevar al Deudor de dicha obligación en cualquier momento. Cualquier relevo tendrá que constar por escrito. En caso de tal relevo, el Deudor pagará directamente, cuando y donde proceda, las sumas adeudadas por concepto de Partidas en Reserva que hayan sido objeto del relevo; y si así lo requiere el Prestador, el Deudor le proveerá, dentro del plazo que le requiera el Prestador, recibos que evidencien dicho pago. La obligación del Deudor de hacer tales pagos y de proveer recibos será para todos los efectos considerada como un convenio y acuerdo contenido en esta Hipoteca, según se usa en la Sección 9 la frase "convenio y acuerdo". Si el Deudor viene obligado a pagar las Partidas en Reserva directamente, conforme a un relevo, y dejare de efectuar dicho pago, el Prestador podrá ejercitar su derecho bajo la Sección 9 a pagar tal cantidad, y el Deudor vendrá obligado bajo la Sección 9 a repagarla al Prestador. El Prestador podrá revocar el relevo en cuanto a cualquier o todas las Partidas en Reserva en cualquier momento mediante aviso dado conforme a la Sección 15, y a partir de dicha revocación el Deudor pagará al Prestador todos los Fondos, y en las cantidades, requeridas bajo esta Sección 3. -------------------------------*

-----Lender may, at any time, collect and hold Funds in an amount (a) sufficient to allow Lender to apply the Funds at the time specified under RESPA, and (b) not to exceed the maximum amount a Lender can require under RESPA. Lender shall estimate the amount of Funds due on the basis of current data and reasonable estimates of expenditures of future Escrow Items, or otherwise, in accordance with Applicable Law. ------------------

-----*El Prestador podrá, en cualquier momento, cobrar y retener Fondos en una cantidad (a) suficiente para permitir al Prestador aplicar los Fondos dentro del período especificado en RESPA, y (b) que no exceda la cantidad máxima que un prestador puede requerir bajo RESPA. El Prestador estimará la cantidad de Fondos por pagar a base de datos actualizados y estimados razonables de gastos futuros para Partidas en Reserva, o de cualquier otra forma, conforme a la Ley Aplicable.---------*

-----The Funds shall be held in an institution whose deposits are insured by a federal agency, instrumentality, or entity (including Lender, if Lender is an institution whose deposits are so insured) or in any Federal Home Loan Bank. Lender shall apply the Funds to pay the Escrow Items no later than the time specified under RESPA. Lender shall not charge Borrower for holding and applying the Funds, annually analyzing the escrow account, or verifying the Escrow Items, unless Lender pays Borrower interest on the Funds and Applicable Law permits Lender to make such a charge. Unless an agreement is made in writing or Applicable Law requires interest to be paid on the Funds, Lender shall not be required to pay Borrower any

interest or earnings on the Funds. Borrower and Lender can agree in writing, however, that interest shall be paid on the Funds. Lender shall give to Borrower, without charge, an annual accounting of the Funds as required by RESPA. -----------------------------------------------------

-----*Los Fondos se retendrán en una institución cuyos depósitos estén asegurados por una agencia, instrumentalidad, o entidad federal (incluyendo el Prestador, si el Prestador es una institución cuyos depósitos están así asegurados) o en cualquier Federal Home Loan Bank. El Prestador aplicará los Fondos para pagar Partidas en Reserva no más tarde de la fecha especificada en RESPA. El Prestador no le cobrará al Deudor por retener y aplicar los Fondos, por analizar anualmente la cuenta de reserva, o por verificar las Partidas en Reserva, a menos que el Prestador le pague al Deudor intereses sobre los Fondos y la Ley Aplicable permita al Prestador imponer tal cargo. Salvo acuerdo por escrito o si la Ley Aplicable requiere el pago de intereses sobre los Fondos, el Prestador no estará obligado a pagar al Deudor intereses o ganancias sobre los Fondos. El Deudor y el Prestador podrán acordar por escrito, sin embargo, que se paguen intereses sobre los Fondos. El Prestador dará al Deudor, sin cargo, un estado de cuenta anual de los Fondos según sea requerido por RESPA. -----------------------------------*

-----If there is a surplus of Funds held in escrow, as defined under RESPA, Lender shall account to Borrower for the excess Funds in accordance with RESPA.  If there is a shortage of Funds held in escrow, as defined under RESPA, Lender shall notify Borrower as required by RESPA, and Borrower shall pay Lender the amount necessary to make up the shortage in accordance with RESPA, but in no more than twelve (12) monthly payments.---------------------------------------------------------------

-----*Si hay un sobrante de Fondos mantenidos en cuenta de reserva, según se define en RESPA, el Prestador rendirá cuenta al Deudor por el exceso de los Fondos, conforme a RESPA. Si hubiese una deficiencia de Fondos mantenidos en reserva, según se define en RESPA, el Prestador lo notificará al Deudor, según requerido por RESPA, y el Deudor pagará al Prestador la cantidad necesaria para cubrir la deficiencia de conformidad con RESPA, pero en no más de doce (12) pagos mensuales. -*

-----Upon payment in full of all sums secured by this Security Instrument, Lender shall promptly refund to Borrower any Funds held by Lender.------

-----*Luego de recibir el pago completo de las cantidades aseguradas por esta Hipoteca, el Prestador reembolsará prontamente al Deudor cualesquiera Fondos que el Prestador conserve. -----------------------------*

-----**4. Charges; Liens**. Borrower shall pay all taxes, assessments, charges, fines and impositions attributable to the Property, which can attain priority over this Security Instrument, leasehold payments or ground rents on the Property, if any, and Community Association Dues, if any. To the extent that these items are Escrow Items, Borrower shall pay them in the manner provided in Section 3. ---------------------------------------------------

-----*4. Cargos; Gravámenes. El Deudor pagará todas las contribuciones, gravámenes, cargos, multas e imposiciones atribuibles a la Propiedad que pudieran adquirir prioridad sobre esta Hipoteca, pagos por arrendamiento de la Propiedad o del terreno, si alguno, y Cuotas Comunales de Asociación, si alguna. En la medida en que estas partidas sean Partidas en Reserva, el Deudor las pagará en la forma provista en la Sección 3. -----------------------------------------------------------*

-----Borrower shall promptly discharge any lien which has priority over this Security Instrument unless Borrower: (a) agrees in writing to the payment of the obligation secured by the lien in a manner acceptable to Lender, but only so long as Borrower is performing such agreement; (b) contests the lien in good faith by, or defends against enforcement of the

lien in, legal proceedings which in Lender's opinion operate to prevent the enforcement of the lien while those proceedings are pending, but only until such proceedings are concluded; or (c) secures from the holder of the lien an agreement satisfactory to Lender subordinating the lien to this Security Instrument. If Lender determines that any part of the Property is subject to a lien, which can attain priority over this Security Instrument, Lender may give Borrower a notice identifying the lien. Within ten (10) days of the date on which that notice is given, Borrower shall satisfy the lien or take one or more of the actions set forth above in this Section 4.----

-----*El Deudor cancelará prontamente cualquier gravamen que tenga prioridad sobre esta Hipoteca a menos que el Deudor: (a) acuerde por escrito el pago de la obligación garantizada por el gravamen de forma aceptable al Prestador, pero sólo mientras el Deudor esté cumpliendo con tal acuerdo; (b) impugne de buena fe el gravamen o defienda contra su ejecución mediante procesos legales que, en la opinión del Prestador, impidan la ejecución del gravamen mientras esos procedimientos estén pendientes, pero sólo hasta que tales procedimientos concluyan; o (c) obtenga del tenedor del gravamen un acuerdo satisfactorio al Prestador postergando el gravamen a esta Hipoteca. Si el Prestador determina que cualquier parte de la Propiedad está sujeta a un gravamen que pudiera adquirir prioridad sobre esta Hipoteca, el Prestador podrá dar aviso al Deudor señalando el gravamen. Dentro de diez (10) días a partir de la fecha de tal aviso, el Deudor satisfará el gravamen o tomará una o más de las acciones descritas en esta Sección 4. -----------------------------------*

-----Lender may require Borrower to pay a one-time charge for a real estate tax verification and/or reporting service used by Lender in connection with this Loan. --------------------------------------------------

-----*El Prestador podrá requerir al Deudor que pague un cargo una sola vez por la verificación de la contribución sobre propiedad inmueble y/o el servicio de información que utilice el Prestador con relación a este Préstamo.-------------------------------------------------------------------*

-----5. **Property Insurance.** Borrower shall keep the improvements now existing or hereafter erected on the Property insured against loss by fire, hazards included within the term "extended coverage," and any other hazards, including, but not limited to, earthquakes and floods, for which Lender requires insurance. This insurance shall be maintained in the amounts (including deductible levels) and for the periods that Lender requires. What Lender requires pursuant to the preceding sentences can change during the term of the Loan. The insurance carrier providing the insurance shall be chosen by Borrower subject to Lender's right to disapprove Borrower's choice, which right shall not be exercised unreasonably. Lender may require Borrower to pay, in connection with this Loan, either: (a) a one-time charge for flood zone determination, certification and tracking services; or (b) a one-time charge for flood zone determination and certification services and subsequent charges each time remappings or similar changes occur which reasonably might affect such determination or certification. Borrower shall also be responsible for the payment of any fees imposed by the Federal Emergency Management Agency in connection with the review of any flood zone determination resulting from an objection by Borrower. ---------------------------------

-----*5. Seguro de Propiedad. El Deudor mantendrá aseguradas las mejoras ahora existentes o que en el futuro se erijan en la Propiedad, contra pérdida por fuego, riesgos incluidos dentro del término "cubierta extendida", y cualquier otro riesgo, incluyendo pero sin limitarse a, terremotos e inundaciones, para los cuales el Prestador requiera seguro. Este seguro se mantendrá por las cantidades (incluyendo niveles de deducible), y por los períodos que el Prestador requiera. Lo que el Prestador requiera conforme a las oraciones que preceden puede variar durante el término del Préstamo. La empresa de seguros que provea el seguro será seleccionada por el Deudor, sujeto al derecho del Prestador*

*de desaprobar la empresa seleccionada, cuyo derecho no se ejercitará irrazonablemente. Con relación a este Préstamo, el Prestador puede requerir que el Deudor pague uno de los siguientes: (a) un cargo, una sola vez, por servicios de determinación, certificación y seguimiento de zona inundable, o (b) un cargo, una sola vez, por servicios de determinación y certificación de zona inundable, y cargos posteriores cada vez que se hagan nuevos mapas, u ocurran cambios que razonablemente puedan afectar tal determinación o certificación. El Deudor también será responsable por el pago de cualquier cargo impuesto por la Federal Emergency Management Agency relacionado con la revisión de cualquier determinación de zona inundable que sea necesaria debido a una objeción del Deudor. --------------------------------*

-----If Borrower fails to maintain any of the coverages described above, Lender may obtain insurance coverage at Borrower's expense. Lender is under no obligation to purchase any particular type or amount of coverage. Therefore, such coverage shall cover Lender, but might or might not protect Borrower, Borrower's equity in the Property, or the contents of the Property, against any risk, hazard or liability and might provide greater or lesser coverage than was previously in effect. Borrower acknowledges that the cost of such insurance coverage might significantly exceed the cost of insurance that Borrower could have obtained. Any amounts disbursed by Lender under this Section 5 shall become additional debt of Borrower secured by this Security Instrument, shall bear interest at the Note rate from the date of disbursement, and shall be payable, with such interest, upon notice from Lender to Borrower requesting payment.-----------------



*-----Si el Deudor deja de mantener cualquiera de las cubiertas antes descritas, el Prestador podrá obtener tal cubierta de seguro por cuenta y cargo del Deudor. El Prestador no está obligado a comprar ningún tipo o cantidad particular de cubierta. Por lo tanto, dicha cubierta protegerá al Prestador, pero pudiera o no proteger al Deudor, su interés en la Propiedad, o el contenido de la Propiedad, contra cualquier riesgo, peligro o responsabilidad, y podría proveer mayor o menor protección que la cubierta que estaba en vigor previamente. El Deudor reconoce que el costo de la cubierta de seguro así obtenida pudiera exceder significativamente el costo de la cubierta de seguro que el Deudor podía haber obtenido. Cualesquiera cantidades desembolsadas por el Prestador bajo esta Sección 5 se convertirán en deuda adicional del Deudor, garantizadas por esta Hipoteca, devengarán intereses a la tasa establecida en el Pagaré desde la fecha de desembolso, y serán pagaderas, con dichos intereses, cuando el Prestador notifique al Deudor requiriendo su pago. --------------------------------------------------------------*

-----All insurance policies required by Lender and renewals of such policies shall be subject to Lender's right to disapprove such policies, shall include a standard mortgage clause, and shall name Lender as mortgagee and/or as an additional loss payee. Lender shall have the right to hold the policies and renewal certificates. If Lender requires, Borrower shall promptly give to Lender all receipts of paid premiums and renewal notices. If Borrower obtains any form of insurance coverage not otherwise required by Lender, for damage to, or destruction of, the Property, such policy shall include a standard mortgage clause and shall name Lender as mortgagee and/or as an additional loss payee.-------------------------------

*-----Todas las pólizas de seguro requerida por el Prestador y sus renovaciones estarán sujetas al derecho del Prestador de desaprobar las mismas, incluirán una cláusula hipotecaria estándar, y nombrarán al Prestador como acreedor hipotecario y/o beneficiario adicional. El Prestador tendrá el derecho de retener las pólizas y los certificados de renovación. Si el Prestador lo requiere, el Deudor le entregará prontamente todos los recibos de las primas pagadas y de los avisos de renovación. Si el Deudor obtiene cualquier forma de cubierta de seguro no requerida por el Prestador, por daños a o destrucción de la Propiedad, tal*

póliza contendrá una cláusula estándar de hipoteca y nombrará al
Prestador como acreedor hipotecario y/o como beneficiario adicional. -----
-----In the event of loss, Borrower shall give prompt notice to the
insurance carrier and Lender. Lender may make proof of loss if not made
promptly by Borrower. Unless Lender and Borrower otherwise agree in
writing, any insurance proceeds, whether or not the underlying insurance
was required by Lender, shall be applied to restoration or repair of the
Property, if the restoration or repair is economically feasible and Lender's
security is not lessened. During such repair and restoration period, Lender
shall have the right to hold such insurance proceeds until Lender has had
an opportunity to inspect such Property to ensure the work has been
completed to Lender's satisfaction, provided that such inspection shall be
undertaken promptly. Lender may disburse proceeds for the repairs and
restoration in a single payment or in a series of progress payments as the
work is completed. Unless an agreement is made in writing or Applicable
Law requires interest to be paid on such insurance proceeds, Lender shall
not be required to pay Borrower any interest or earnings on such proceeds.
Fees for public adjusters, or other third parties, retained by Borrower shall
not be paid out of the insurance proceeds and shall be the sole obligation
of Borrower. If the restoration or repair is not economically feasible or
Lender's security would be lessened, the insurance proceeds shall be
applied to the sums secured by this Security Instrument, whether or not
then due, with the excess, if any, paid to Borrower. Such insurance
proceeds shall be applied in the order provided for in Section 2.------------

-----*El Deudor dará pronto aviso al asegurador y al Prestador en caso de
pérdida. El Prestador podrá someter la reclamación correspondiente si el
Deudor no lo hace prontamente. Salvo que el Prestador y el Deudor
acuerden otra cosa por escrito, cualquier indemnización de seguro, haya
o no el Prestador requerido el seguro subyacente, será aplicada a la
restauración o reparación de la Propiedad, si la restauración o
reparación es económicamente viable y la garantía del Prestador no se
menoscaba. Durante dicho período de reparación o restauración, el
Prestador tendrá el derecho de retener la indemnización del seguro hasta
tanto haya tenido la oportunidad de inspeccionar la Propiedad y
asegurarse que la reparación se haya completado a su satisfacción;
disponiéndose, que el Prestador realizará tal inspección prontamente. El
Prestador podrá desembolsar fondos para las reparaciones y
restauraciones en un solo pago, o en una serie de pagos según se vaya
completando el trabajo. Salvo que haya un acuerdo por escrito o la Ley
Aplicable requiera que se paguen intereses sobre dicha indemnización de
seguro, el Prestador no estará obligado a pagar al Deudor intereses o
rédito alguno sobre tal indemnización. Los honorarios de ajustadores
públicos u otras terceras personas contratadas por el Deudor no se
pagarán del rédito del seguro, y serán obligación exclusiva del Deudor. Si
la restauración o reparación no es económicamente viable, o si la
garantía del Prestador se menoscabare, la indemnización del seguro será
aplicada a las cantidades aseguradas por esta Hipoteca, estuvieran o no
entonces vencidas, y el excedente, si alguno, se le pagará al Deudor. Tal
indemnización del seguro será aplicada en el orden que se dispone en la
Sección 2. -------------------------------------------------*

-----If Borrower abandons the Property, Lender may file, negotiate and
settle any available insurance claim and related matters. If Borrower does
not respond within thirty (30) days to a notice from Lender that the
insurance carrier has offered to settle a claim, then Lender may negotiate
and settle the claim. The thirty (30) day period will begin when the notice
is given. In either event, or if Lender acquires the Property under Section
22 or otherwise, Borrower hereby assigns to Lender: (a) Borrower's rights
to any insurance proceeds in an amount not to exceed the amounts unpaid
under the Note or this Security Instrument, and (b) any other of
Borrower's rights (other than the right to any refund of unearned
premiums paid by Borrower) under all insurance policies covering the
Property, insofar as such rights are applicable to the coverage of the
Property. Lender may use the insurance proceeds either to repair or restore

the Property or to pay amounts unpaid under the Note or this Security Instrument, whether or not then due.-------------------------------------------------

-----*Si el Deudor abandona la Propiedad, el Prestador podrá radicar, negociar y transigir cualquier reclamación de seguro disponible y asuntos relacionados. Si dentro de treinta (30) días de recibirlo, el Deudor no responde a un aviso del Prestador de que la compañía de seguros ha ofrecido transigir una reclamación, el Prestador podrá negociar y transigir la reclamación. El período de treinta (30) días comenzará cuando se dé el aviso. En cualquier caso, o si el Prestador adquiere la Propiedad bajo la Sección 22 o de otra forma, el Deudor por la presente le cede al Prestador: (a) los derechos del Deudor a cualquier indemnización de seguro, hasta una suma que no exceda las cantidades adeudadas bajo el Pagaré o esta Hipoteca, y (b) cualquier otro derecho del Deudor (salvo el derecho a cualquier reembolso por primas no devengadas pagadas por el Deudor) bajo todas las pólizas de seguro que cubran la Propiedad, en la medida en que dichos derechos sean aplicables a la cubierta de la Propiedad. El Prestador podrá usar la indemnización del seguro para reparar o restaurar la Propiedad o pagar cualquier cantidad adeudada bajo el Pagaré o bajo esta Hipoteca, esté o no vencida tal cantidad.* -------------------------------------------------

-----**6. Occupancy.** Borrower shall occupy, establish and use the Property as Borrower's principal residence within sixty (60) days after the execution of this Security Instrument and shall continue to occupy the Property as Borrower's principal residence for at least one (1) year after the date of occupancy, unless Lender otherwise agrees in writing, which consent shall not be unreasonably withheld, or unless extenuating circumstances exist which are beyond Borrower's control. -------------------

-----**6. *Ocupación.*** *El Deudor ocupará, establecerá y usará la Propiedad como su residencia principal dentro de los sesenta (60) días después del otorgamiento de esta Hipoteca y continuará ocupando la Propiedad como su residencia principal por lo menos durante un (1) año después de la fecha en que comenzó su ocupación, salvo que el Prestador acuerde otra cosa por escrito, cuyo consentimiento no será irrazonablemente denegado, o a menos que existan circunstancias atenuantes que estén fuera del control del Deudor.* -------------------------------------------------

-----**7. Preservation, Maintenance and Protection of the Property; Inspections.** Borrower shall not destroy, damage or impair the Property, allow the Property to deteriorate or commit waste on the Property. Whether or not Borrower is residing in the Property, Borrower shall maintain the Property in order to prevent the Property from deteriorating or decreasing in value due to its condition. Unless it is determined pursuant to Section 5 that repair or restoration is not economically feasible, Borrower shall promptly repair the Property if damaged, to avoid further deterioration or damage. If insurance or condemnation proceeds are paid in connection with damage to, or the taking of, the Property Borrower shall be responsible for repairing or restoring the Property only if Lender has released proceeds for such purposes. Lender may disburse proceeds for the repairs and restoration in a single payment, or in a series of payments as the work is completed. If the insurance or condemnation proceeds are not sufficient to repair or restore the Property, Borrower is not relieved of the obligation to complete such repair or restoration.--------

-----**7. *Conservación, Mantenimiento y Protección de la Propiedad; Inspecciones.*** *El Deudor no destruirá, dañará o menoscabará la Propiedad, ni permitirá que la Propiedad se deteriore o desmerezca. Esté o no el Deudor viviéndola, el Deudor mantendrá la Propiedad para evitar que ésta se deteriore o disminuya en valor debido a su condición. Salvo que se determine conforme a la Sección 5 que la reparación o restauración no es económicamente viable, el Deudor prontamente reparará la Propiedad si ésta ha sufrido daños, para evitar más deterioro o daño. Si se reciben pagos de seguro en caso de daños a la Propiedad, o*

*compensación en caso de su expropiación, el Deudor será responsable por la reparación o restauración de la Propiedad solamente si el Prestador ha liberado fondos para tales propósitos. El Prestador puede desembolsar fondos para reparaciones y restauración en un solo pago, o en una serie de pagos según se vaya completando el trabajo. Si la indemnización del seguro o de la expropiación no es suficiente para reparar o restaurar la Propiedad, el Deudor no queda relevado de su obligación de completar tal reparación o restauración. --------------------*

-----Lender or its agent may make reasonable entries upon and inspections of the Property. If it has reasonable cause, Lender may inspect the interior or the improvements on the Property, but shall give Borrower notice at the time of or prior to an interior inspection specifying such reasonable cause.

-----*El Prestador o sus agentes podrán entrar y hacer inspecciones razonables a la Propiedad. El Prestador podrá inspeccionar su interior o las mejoras a la Propiedad, si tiene causa razonable para hacerlo, pero dará al Deudor aviso razonable de la inspección, al momento de la misma o previo a ella, especificando las causas para conducirla.* --------------------

-----**8. Borrower's Loan Application.** Borrower shall be in default if, during the Loan application process, Borrower or any persons or entities acting at the direction of Borrower or with Borrower's knowledge or consent gave materially false, misleading, or inaccurate information or statements to Lender (or failed to provide Lender with material information) in connection with the Loan. Material representations include, but are not limited to, representations concerning Borrower's occupancy of the Property as Borrower's principal residence. ----------------

-----*8. Solicitud de Préstamo del Deudor. El Deudor estará en incumplimiento si, durante el proceso de solicitud del Préstamo, el Deudor, o cualquier persona o entidad actuando bajo instrucciones del Deudor, o con el conocimiento y consentimiento del Deudor, dio al Prestador información o declaraciones materialmente falsas, engañosas o inexacta (o no proveyeron información material al Prestador) respecto al Préstamo. Las representaciones materiales incluyen, pero no están limitadas a, representaciones sobre la ocupación de la Propiedad por el Deudor como su residencia principal.* -----------------------------

-----*9. Protection of Lender's Interest in the Property and Rights under this Security Instrument. If (a) Borrower fails to perform the covenants and agreements contained in this Security Instrument, (b) there is a legal proceeding that might significantly affect Lender's interest in the Property and/or rights under this Security Instrument (such as a proceeding in bankruptcy, for condemnation or forfeiture, for enforcement of a lien which may attain priority over this Security Instrument or to enforce laws or regulations), or (c) Borrower has abandoned the Property, then Lender may do and pay for whatever is reasonable or appropriate to protect Lender's interest in the Property and rights under this Security Instrument, including protecting and/or assessing the value of the Property, and securing and/or repairing the Property. Lender's actions can include, but are not limited to: (a) paying any sums secured by a lien which has priority over this Security Instrument, (b) appearing in court, and (c) paying reasonable attorney's fees to protect its interest in the Property and/or rights under this Security Instrument, including its secured position in a bankruptcy proceeding. Securing the Property includes, but is not limited to, entering the Property to make repairs, change locks, replace or board up doors and windows, drain water from pipes, eliminate building or other code violations or dangerous conditions, and have utilities turned on or off. Although Lender may take action under this Section 9, Lender does not have to do so and is not under any duty or obligation to do so. It is agreed that Lender incurs no liability for not taking any or all actions authorized under this Section 9.* ------------

-----9. *Protección del Interés del Prestador en la Propiedad y Derechos bajo esta Hipoteca*. Si (a) el Deudor incumple con los convenios y acuerdos contenidos en esta Hipoteca, (b) hay un procedimiento legal que pudiera afectar significativamente el interés del Prestador sobre la Propiedad y/o sus derechos bajo esta Hipoteca (tales como un procedimiento de quiebra, una expropiación forzosa o confiscación, para imponer un gravamen que pueda adquirir prioridad sobre esta Hipoteca, o hacer cumplir leyes o reglamentos), o, (c) el Deudor ha abandonado la Propiedad, entonces el Prestador podrá realizar y pagar por lo que fuere razonable o apropiado para proteger el interés del Prestador en la Propiedad y sus derechos bajo esta Hipoteca, incluyendo proteger y/o tasar el valor de la Propiedad, y asegurar y/o reparar la Propiedad. Las acciones del Prestador pueden incluir, pero no están limitadas a: (a) pagar cualquier suma garantizada por un gravamen que tenga prioridad sobre esta Hipoteca; (b) comparecer en corte; y (c) pagar honorarios razonables de abogados para proteger su interés en la Propiedad y/o sus derechos bajo esta Hipoteca, incluyendo su posición garantizada en un procedimiento de quiebra. Asegurar la Propiedad incluye, pero no se limita a, entrar a la Propiedad para hacer reparaciones, cambiar cerraduras, reemplazar o poner tablas en las puertas y ventanas, drenar tuberías, subsanar o eliminar violaciones a códigos de construcción u otros, eliminar condiciones peligrosas, y conectar o desconectar servicios de agua, electricidad y otros. Aunque el Prestador puede tomar medidas bajo esta Sección 9, el Prestador no tiene que hacerlo y no tiene ningún deber o obligación de así hacerlo. Se acuerda que el Prestador no incurre en responsabilidad alguna por no tomar alguna o todas las medidas autorizadas bajo esta Sección 9.

-----Any amounts disbursed by Lender under this Section 9 shall become additional debt of Borrower secured by this Security Instrument. These amounts shall bear interest at the Note rate from the date of disbursement, and shall be payable, with such interest, upon notice from Lender to Borrower requesting payment. ------------------------------------------------

-----*Cualesquiera cantidades desembolsadas por el Prestador bajo esta Sección 9 se convertirán en una deuda adicional del Deudor garantizada por esta Hipoteca. Estas cantidades devengarán intereses a la tasa establecida en el Pagaré, desde la fecha de su desembolso y serán pagaderas, con tales intereses, cuando el Prestador notifique al Deudor requiriendo su pago.* ------------------------------------------------

-----If this Security Instrument is on a leasehold, Borrower shall comply with all the provisions of the lease. If Borrower acquires fee title to the Property, the leasehold and the fee title shall not merge unless Lender agrees to the merger in writing. ------------------------------------------------

-----*Si esta Hipoteca es sobre un bien arrendado, el Deudor cumplirá con todas las disposiciones del contrato de arrendamiento. Si el Deudor adquiere título de dominio sobre la Propiedad, no operará la confusión de derechos entre el arrendamiento y el título de dominio a menos que el Prestador dé su consentimiento por escrito.* ------------------------------------------------

-----10. **Mortgage Insurance**. If Lender required Mortgage Insurance as a condition for making the Loan, Borrower shall pay the premiums required to maintain the Mortgage Insurance in effect. If, for any reason, the Mortgage Insurance coverage required by Lender ceases to be available from the mortgage insurer that previously provided such insurance and Borrower was required to make separately designated payments toward the premiums for Mortgage Insurance, Borrower shall pay the premiums required to obtain coverage substantially equivalent to the Mortgage Insurance previously in effect, at a cost substantially equivalent to the cost to Borrower of the Mortgage Insurance previously in effect, from an alternate mortgage insurer selected by Lender. If substantially equivalent Mortgage Insurance coverage is not available, Borrower shall continue to pay to Lender the amount of the separately designated payments that were

due when the insurance coverage ceased to be in effect. Lender will accept, use and retain these payments as a non-refundable loss reserve in lieu of Mortgage Insurance. Such loss reserve shall be non-refundable, notwithstanding the fact that the Loan is ultimately paid in full, and Lender shall not be required to pay Borrower any interest or earnings on such loss reserve. Lender can no longer require loss reserve payments if Mortgage Insurance coverage (in the amount and for the period that Lender requires) provided by an insurer selected by Lender again becomes available, is obtained, and Lender requires separately designated payments toward the premiums for Mortgage Insurance. If Lender required Mortgage Insurance as a condition for making the Loan and Borrower was required to make separately designated payments toward the premiums for Mortgage Insurance, Borrower shall pay the premiums required to maintain Mortgage Insurance in effect, or to provide a non-refundable loss reserve, until Lender's requirement for Mortgage Insurance ends in accordance with any written agreement between Borrower and Lender providing for such termination or until termination is required by Applicable Law.------------------------------------------------------------

Nothing in this Section 10 affects Borrower's obligation to pay interest at the rate provided in the Note. ------------------------------------------------

-----*10. Seguro Hipotecario.* Si el Prestador requirió Seguro Hipotecario como condición para conceder el Préstamo, el Deudor pagará las primas que sean requeridas para mantener en vigor el Seguro Hipotecario. Si por cualquier razón, la cubierta del Seguro Hipotecario requerida por el Prestador deja de estar disponible del asegurador hipotecario que previamente la proveía, y al Deudor se le requería que hiciera pagos designados separadamente para las primas del Seguro Hipotecario, el Deudor hará pagos de las primas requeridas para obtener cubierta sustancialmente equivalente al Seguro Hipotecario previamente en vigor, a un costo al Deudor sustancialmente igual al costo del Seguro Hipotecario previamente en vigor, de otro asegurador hipotecario seleccionado por el Prestador. Si no estuviere disponible una cubierta de Seguro Hipotecario sustancialmente igual, el Deudor continuará pagando al Prestador los mismos pagos designados separadamente que pagaba cuando la cubierta de seguro dejó de estar en vigor. El Prestador aceptará, usará y retendrá estos pagos designados como una reserva no reembolsable para pérdida, en lugar del Seguro Hipotecario. Tal reserva para pérdida será no reembolsada, no obstante que el Préstamo sea eventualmente saldado en su totalidad; y el Prestador no estará obligado a pagar al Deudor intereses o rédito alguno sobre tal reserva para pérdida. El Prestador no podrá requerir pagos a reserva para pérdida si la cubierta de Seguro Hipotecario (en la cantidad y por el período que el Prestador requiera) provista por un asegurador seleccionado por el Prestador, vuelve a estar disponible, se obtiene y el Prestador requiere al Deudor hacer pagos designados separadamente para las primas del Seguro Hipotecario. Si el Prestador requirió Seguro Hipotecario como condición para conceder el Préstamo y se le requirió al Deudor hacer los pagos designados separadamente para el pago de primas del Seguro Hipotecario, el Deudor pagará las primas requeridas para mantener en vigor el Seguro Hipotecario, o para mantener un fondo de reserva no reembolsable, hasta que termine el requisito del Prestador de que se mantenga un Seguro Hipotecario, conforme a cualquier acuerdo escrito entre el Deudor y el Prestador, o hasta que la Ley Aplicable requiera que se suprima dicho requisito. Nada de lo contenido en esta Sección 10 afecta la obligación del Deudor de pagar intereses a la tasa que provee el Pagaré. -----------------------------------------------------------------

----Mortgage Insurance reimburses Lender (or any entity that purchases the Note) for certain losses it may incur if Borrower does not repay the Loan as agreed. Borrower is not a party to the Mortgage Insurance. -------

-----*El Seguro Hipotecario compensa al Prestador (o a cualquier entidad que compre el Pagaré) por ciertas pérdidas que pueda sufrir si el Deudor*

*no paga el Préstamo según pactado. El Deudor no es parte en la póliza de Seguro Hipotecario.* --------------------------------------------------------------------

-----Mortgage insurers evaluate their total risk on all such insurance in force from time to time, and may enter into agreements with other parties that share or modify their risk, or reduce losses. These agreements are on terms and conditions that are satisfactory to the mortgage insurer and the other party (or parties) to these agreements. These agreements may require the mortgage insurer to make payments using any source of funds that the mortgage insurer may have available (which may include funds obtained from Mortgage Insurance premiums). As a result of these agreements, Lender, any purchaser of the Note, another insurer, any reinsurer, any other entity, or any affiliate of any of the foregoing, may receive (directly or indirectly) amounts that derive from (or might be characterized as) a portion of Borrower's payments for Mortgage Insurance, in exchange for sharing or modifying the mortgage insurer's risk, or reducing losses. If such agreement provides that an affiliate of Lender takes a share of the insurer's risk in exchange for a share of premiums paid to the insurer, the arrangement is often termed "captive reinsurance." Further:-----------------

-----*Los aseguradores de hipotecas evalúan su riesgo total en todas las pólizas de seguro hipotecario vigentes de tiempo en tiempo, y pueden suscribir acuerdos con otras partes para compartir o modificar su riesgo o para reducir pérdidas. Estos acuerdos reflejan términos y condiciones satisfactorias al asegurador hipotecario y a la otra parte (o partes) que suscriben estos acuerdos. Estos acuerdos pueden requerir que el asegurador hipotecario haga pagos usando cualquier fuente de fondos que el asegurador hipotecario pueda tener disponible (que puede incluir fondos provenientes de primas de Seguro Hipotecario). Como resultado de estos acuerdos, el Prestador, cualquier comprador del Pagaré, otro asegurador, cualquier reasegurador, cualquier otra entidad, o cualquier afiliada de cualquiera de los anteriores, puede recibir (directa o indirectamente) cantidades que provengan de (o que puedan ser caracterizadas como) una porción de los pagos del Deudor para Seguro Hipotecario, a cambio de compartir o modificar el riesgo del asegurador hipotecario, o de reducir las pérdidas. Este acuerdo suele llamarse "reaseguro cautivo" si dispone que una afiliada del Prestador asuma una participación del riesgo del asegurador, a cambio de una participación en las primas pagadas. Además:* --------------------------------------------------

-----(A) Any such agreements will not affect the amounts that Borrower has agreed to pay for Mortgage Insurance, or any other terms of the Loan. Such agreements will not increase the amount Borrower will owe for Mortgage Insurance, and they will not entitle Borrower to any refund; -----

-----*(A) Ninguno de estos acuerdos afectará las sumas que el Deudor ha acordado pagar por el Seguro Hipotecario, ni ninguno de los otros términos del Préstamo. Estos acuerdos no aumentarán la cantidad que el Deudor adeudará por Seguro Hipotecario, y no le darán derecho al Deudor a ningún reembolso;* ----------------------------------------------------

-----(B) Any such agreements will not affect the rights Borrower has--if any--with respect to the Mortgage Insurance under the Homeowners Protection Act of Nineteen Hundred Ninety-Eight (1998) or any other law. These rights may include the right to receive certain disclosures, to request and obtain cancellation of the Mortgage Insurance, to have the Mortgage Insurance terminated automatically, and/or to receive a refund of any Mortgage Insurance premiums that were unearned at the time of such cancellation or termination. --------------------------------------------------

-----*(B) Ninguno de estos acuerdos afectará los derechos que tenga el Deudor--si alguno--con relación al Seguro Hipotecario bajo el Homeowners Protection Act de mil novecientos noventa y ocho (1998) o de cualquier otra ley. Estos derechos pueden incluir el derecho de recibir cierta información, de requerir y obtener la cancelación del Seguro*

*Hipotecario, de causar la cancelación automática del Seguro Hipotecario, y/o de recibir un reembolso de las primas no devengadas de cualquier Seguro Hipotecario al momento en que se efectúe tal cancelación o resolución.*----------------------------------------------------------------

-----**11. Assignment of Miscellaneous Proceeds; Forfeiture.** All Miscellaneous Proceeds are hereby assigned to and shall be paid to Lender. --------------------------------------------------------------------------

-----*11. Cesión de Réditos Misceláneos; Confiscación. Por la presente se ceden y serán pagaderos al Prestador todos los Réditos Misceláneos.* -----

-----If the Property is damaged, such Miscellaneous Proceeds shall be applied to restoration or repair of the Property, if the restoration or repair is economically feasible and Lender's security is not lessened. During such repair and restoration period, Lender shall have the right to hold such Miscellaneous Proceeds until Lender has had an opportunity to inspect such Property to ensure the work has been completed to Lender's satisfaction, provided that such inspection shall be undertaken promptly. Lender may pay for the repairs and restoration in a single disbursement or in a series of progress payments as the work is completed. Unless an agreement is made in writing or Applicable Law requires interest to be paid on such Miscellaneous Proceeds, Lender shall not be required to pay Borrower any interest or earnings on such Miscellaneous Proceeds. If the restoration or repair is not economically feasible or Lender's security would be lessened, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with the excess, if any, paid to Borrower. Such Miscellaneous Proceeds shall be applied in the order provided for in Section 2. --------------------------------

-----*Si la Propiedad sufre daños, tales Réditos Misceláneos se aplicarán a la restauración o reparación de la Propiedad, si la restauración o reparación es económicamente viable y no se menoscaba la garantía del Prestador. Durante tal período de reparación y restauración, el Prestador tendrá el derecho a retener los Réditos Misceláneos hasta que el Prestador haya tenido la oportunidad de inspeccionar la Propiedad para asegurar que el trabajo se haya completado a su satisfacción, disponiéndose que el Prestador realizará prontamente dicha inspección. El Prestador podrá pagar por las reparaciones y restauraciones en un solo desembolso, o en una serie de pagos según se vaya completando el trabajo. Salvo que haya un acuerdo escrito o que la Ley Aplicable requiera que se paguen intereses sobre dichos Réditos Misceláneos, el Prestador no estará obligado a pagar al Deudor intereses o ganancia alguna sobre dichos Réditos Misceláneos. Si la reparación o restauración no es económicamente viable o la garantía del Prestador se menoscabaría, los Réditos Misceláneos se aplicarán a las cantidades aseguradas por esta Hipoteca, estén o no entonces vencidas, y el excedente, si alguno, se pagará al Deudor. Se aplicarán tales Réditos Misceláneos en el orden que se dispone en la Sección 2.* --------------------

-----In the event of total taking, destruction, or loss in value of the Property, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument whether or not then due, with the excess, if any, paid to Borrower. ------------------------------------------------------

-----*En caso de ocurrir una expropiación total, destrucción total o pérdida total en el valor de la Propiedad, los Réditos Misceláneos se aplicarán a las cantidades garantizadas por esta Hipoteca, estén o no vencidas, y el excedente, si alguno, se pagará al Deudor.*-----------------------------------

-----In the event of a partial taking, destruction, or loss in value of the Property in which the fair market value of the Property immediately before the partial taking, destruction, or loss in value is equal to or greater than the amount of the sums secured by this Security Instrument immediately before the partial taking, destruction, or loss in value, unless Borrower and Lender otherwise agree in writing, the sums secured by this

Security Instrument shall be reduced by the amount of the Miscellaneous Proceeds multiplied by the following fraction: (a) the total amount of the sums secured immediately before the partial taking, destruction, or loss in value divided by (b) the fair market value of the Property immediately before the partial taking, destruction, or loss in value. Any balance shall be paid to Borrower.-- ---------------------------------------------------------------

-----*En caso de ocurrir una expropiación parcial, destrucción parcial o pérdida parcial en el justo valor de la Propiedad, cuando el justo valor en el mercado de la Propiedad inmediatamente antes de tal expropiación, destrucción o pérdida en valor sea igual o mayor a las sumas garantizadas por esta Hipoteca inmediatamente antes de tal expropiación, destrucción o pérdida, y a menos que el Deudor y el Prestador acuerden otra cosa por escrito, se reducirán las sumas garantizadas por esta Hipoteca por la cantidad que resulte de multiplicar los Réditos Misceláneos por la siguiente fracción: (a) el total de las cantidades garantizadas inmediatamente antes de tal expropiación parcial, destrucción parcial o pérdida parcial en valor, dividido por (b) el justo valor en el mercado de la Propiedad inmediatamente antes de tal expropiación parcial, destrucción parcial o pérdida parcial en valor. Se le pagará al Deudor cualquier sobrante.*-------------------------------------

-----In the event of a partial taking, destruction, or loss in value of the Property in which the fair market value of the Property immediately before the partial taking, destruction, or loss in value is less than the amount of the sums secured immediately before the partial taking, destruction or loss in value, unless Borrower and Lender otherwise agree in writing, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument whether or not the sums are then due.-

-----*En caso de ocurrir una expropiación parcial, destrucción parcial o pérdida parcial en valor de la Propiedad, cuando el justo valor en el mercado de la Propiedad inmediatamente antes de la expropiación parcial, destrucción parcial o pérdida parcial en valor sea menor a las cantidades garantizadas por esta Hipoteca inmediatamente antes de la expropiación parcial, destrucción parcial o pérdida parcial en valor, a menos que el Deudor y el Prestador acuerdan otra cosa por escrito, los Réditos Misceláneos se aplicarán a las sumas garantizadas por esta Hipoteca, hayan o no vencido dichas sumas.*-------------------------------

-----If the Property is abandoned by Borrower, or if, after notice by Lender to Borrower that the Opposing Party (as defined in the next sentence) offers to make an award to settle a claim for damages, and Borrower fails to respond to Lender within thirty (30) days after the date the notice is given, Lender is authorized to collect and apply the Miscellaneous Proceeds either to restoration or repair of the Property or to the sums secured by this Security Instrument, whether or not then due. "Opposing Party" means the third party that owes Borrower Miscellaneous Proceeds or the party against whom Borrower has a right of action in regard to Miscellaneous Proceeds. --------------------------------------------------------

-----*Si el Deudor abandona la Propiedad, o si después que el Prestador avisa al Deudor que la Parte Adversa (según se define en la próxima oración) ofrece transigir una reclamación por daños, y el Deudor no le contesta al Prestador dentro de los treinta (30) días siguientes a tal notificación, el Prestador quedará autorizado a cobrar y aplicar los Réditos Misceláneos, ya sea a la restauración o reparación de la Propiedad, o a las cantidades garantizadas por esta Hipoteca, hayan o no vencido para entonces. "Parte Adversa" significa un tercero que le adeuda al Deudor Réditos Misceláneos o la parte contra quien el Deudor tiene una causa de acción relacionada con Réditos Misceláneos.*-----------

-----Borrower shall be in default if any action or proceeding, whether civil or criminal, is begun that, in Lender's judgment, could result in forfeiture of the Property or other material impairment of Lender's interest in the

Property or rights under this Security Instrument. Borrower can cure such a default and, if acceleration has occurred, reinstate as provided in Section 19, by causing the action or proceeding to be dismissed with a ruling that, in Lender's judgment, precludes forfeiture of the Property or other material impairment of Lender's interest in the Property or rights under this Security Instrument. The proceeds of any award or claim for damages that are attributable to the impairment of Lender's interest in the Property are hereby assigned and shall be paid to Lender.----------------------------

-----*El Deudor estará en incumplimiento si se comienza cualquier acción o procedimiento civil o criminal, que a juicio del Prestador pudiera resultar en la confiscación de la Propiedad u otro menoscabo material en el interés del Prestador sobre la Propiedad, o en sus derechos bajo esta Hipoteca. El Deudor podrá subsanar tal incumplimiento y, si ya se ha acelerado el vencimiento de la Deuda, reinstalar el Préstamo según se dispone en la Sección 19, si logra que se desestime la acción o procedimiento mediante un pronunciamiento que, a juicio del Prestador, precluya confiscación de la Propiedad u otro menoscabo material del interés del Prestador sobre la Propiedad, o de sus derechos bajo esta Hipoteca. El Deudor por la presente cede al Prestador todo producto de cualquier adjudicación o reclamación por daños que sea atribuible al menoscabo del interés del Prestador sobre la Propiedad, y dicho producto será pagado al Prestador.* -------------------------------------------------

-----All Miscellaneous Proceeds that are not applied to restoration or repair of the Property shall be applied in the order provided for in Section 2. -----

-----*Todo Rédito Misceláneo que no sea aplicado a la restauración o reparación de la Propiedad será aplicado en el orden dispuesto en la Sección 2.* -------------------------------------------------------------

-----**12. Borrower Not Released; Forbearance by Lender Not a Waiver.** Extension of the time for payment or modification of amortization of the sums secured by this Security Instrument granted by Lender to Borrower or any Successor in Interest of Borrower shall not operate to release the liability of Borrower or any Successors in Interest of Borrower. Lender shall not be required to commence proceedings against any Successor in Interest of Borrower or to refuse to extend time for payment or otherwise modify the amortization of the sums secured by this Security Instrument by reason of any demand made by the original Borrower or any Successors in Interest of Borrower. Any forbearance by Lender in exercising any right or remedy including, without limitation, Lender's acceptance of payments from third persons,  entities or Successors in Interest  of Borrower or in amounts less than the amount then due, shall not be a waiver of or preclude the exercise of any right or remedy. -----------------------------------------------------------------

-----*12. El Deudor No Queda Relevado; Indulgencia por Parte del Prestador No Es Renuncia. Ni la extensión del término para el pago, ni la modificación de la amortización de las cantidades aseguradas por esta Hipoteca, concedidas por el Prestador al Deudor o cualquier Sucesor en Interés del Deudor, operará como relevo de responsabilidad del Deudor, ni de ningún Sucesor en Interés del Deudor. El Prestador no estará obligado a comenzar procedimientos en contra de ningún Sucesor en Interés del Deudor, ni estará obligado a rehusar extender el término para pagar o de otra manera modificar la amortización de las cantidades aseguradas por esta Hipoteca, por razón de cualquier requerimiento hecho por el Deudor original o por cualquier Sucesor en Interés del Deudor. Ninguna indulgencia por parte del Prestador en el ejercicio de cualquier derecho o remedio, incluyendo, sin limitaciones, aceptar pagos provenientes de terceras personas, entidades o Sucesores en Interés del Deudor o por cantidades menores a las entonces vencidas, se considerará como renuncia ni impedirá el ejercicio de cualquier derecho o remedio.* --

-----**13. Joint  and  Several  Liability;  Co-signers;  Successors  and**

**Assigns**. Borrower covenants and agrees that Borrower's obligations and liability shall be joint and several. However, any Borrower who co-signs this Security Instrument but does not execute the Note (a "co-signer"): (a) is co-signing this Security Instrument only to mortgage the co-signer's interest in the Property under the terms of this Security Instrument; (b) is not personally obligated to pay the sums secured by this Security Instrument; and (c) agrees that Lender and any other Borrower can agree to extend, modify, forbear or make any accommodations with regard to the terms of this Security Instrument or the Note without the co-signer's consent. --------------------------------------------------------------

-----13. **Responsabilidad Solidaria; Cofirmantes; Sucesores y Cesionarios**. El Deudor conviene y acuerda que sus obligaciones y responsabilidades serán solidarias. Sin embargo, cualquier Deudor que cofirme esta Hipoteca pero no firme el Pagaré (un "cofirmante"): (a) está cofirmando esta Hipoteca solamente para hipotecar el interés del cofirmante en la Propiedad bajo los términos de esta Hipoteca; (b) no está obligado personalmente a pagar las cantidades aseguradas por esta Hipoteca; y (c) acuerda que el Prestador y cualquier otro Deudor pueden acordar extender, modificar, tolerar o realizar cualquier acomodo relacionado con los términos de esta Hipoteca o del Pagaré sin el consentimiento del co-firmante.---------------------------------------------

-----Subject to the provisions of Section 18, any Successor in Interest of Borrower who assumes Borrower's obligations under this Security Instrument in writing, and is approved by Lender, shall obtain all of Borrower's rights and benefits under this Security Instrument. Borrower shall not be released from Borrower's obligations and liabilities under this Security Instrument unless Lender agrees to such release in writing. The covenants and agreements of this Security Instrument shall bind (except as provided in Section 20) and benefit the successors and assigns of Lender. -

-----*Sujeto a las disposiciones de la Sección 18, cualquier Sucesor en interés del Deudor que asuma por escrito las obligaciones del Deudor bajo esta Hipoteca y sea aprobado por el Prestador, obtendrá todos los derechos y los beneficios del Deudor bajo esta Hipoteca. El Deudor no quedará liberado de sus obligaciones y responsabilidades bajo esta Hipoteca, a menos que el Prestador acuerde liberarlo por escrito. Los convenios y acuerdos de esta Hipoteca obligarán (excepto según se establece en la Sección 20) y beneficiarán a los sucesores y cesionarios del Prestador.*--------------------------------------------------------------

-----14. **Loan Charges**. Lender may charge Borrower fees for services performed in connection with Borrower's default, for the purpose of protecting Lender's interest in the Property and rights under this Security Instrument, including, but not limited to, attorneys' fees, property inspection and valuation fees. In regard to any other fees, the absence of express authority in this Security Instrument to charge a specific fee to Borrower shall not be construed as a prohibition on the charging of such fee. Lender may not charge fees that are expressly prohibited by this Security Instrument or by Applicable Law. --------------------------------------

-----14. *Cargos del Préstamo. El Prestador podrá cobrar al Deudor los honorarios por servicios prestados por motivo de un incumplimiento por parte del Deudor, con el fin de proteger los intereses del Prestador en la Propiedad y sus derechos bajo esta Hipoteca, incluyendo, sin limitación, honorarios de abogados, inspección de la propiedad y cargos por tasación. Respecto a otros gastos, la falta de una autorización expresa en esta Hipoteca a cobrar al Deudor un gasto específico no será interpretada como una prohibición a cobrar dicho gasto. El Prestador no podrá cargar gastos que estén expresamente prohibidos por esta Hipoteca o por la Ley Aplicable.*--------------------------------------------------------------

-----If the Loan is subject to a law which sets maximum loan charges, and that law is finally interpreted so that the interest or other loan charges

collected or to be collected in connection with the Loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from Borrower which exceeded permitted limits will be refunded to Borrower. Lender may choose to make this refund by reducing the principal under the Note or by making a direct payment to Borrower. If a refund reduces principal, the reduction will be treated as a partial payment without any prepayment charge (whether or not a prepayment charge is provided for under the Note). Borrower's acceptance of any such refund will constitute a waiver of any right of action Borrower might have arising out of such overcharge.------------------------------

-----Si el Préstamo está sujeto a una ley que establece cargos máximos para préstamos, y esa ley se interpreta en forma final en el sentido de que los intereses u otros cargos cobrados o por cobrar con relación al Préstamo exceden los límites permitidos, entonces: (a) dichos cargos se reducirán por la cantidad necesaria para reducir el cargo al límite permitido; y (b) cualquier cantidad cobrada al Deudor que exceda los límites permitidos será reembolsada al Deudor. El Prestador podrá optar por hacer este reembolso mediante una reducción del principal adeudado bajo el Pagaré, o haciendo un pago directo al Deudor. Si se utiliza el reembolso para reducir el principal, la reducción se tratará como un pago parcial sin ningún cargo por pago anticipado (esté o no provisto tal cargo por pago anticipado en el Pagaré). La aceptación por el Deudor de cualquier reembolso constituirá una renuncia de cualquier causa de acción que el Deudor pudiera tener por motivo de tal sobrecargo.----------

-----**15. Notices.** All notices given by Borrower or Lender in connection with this Security Instrument must be in writing. Any notice to Borrower in connection with this Security Instrument shall be deemed to have been given to Borrower when mailed by first class mail or when actually delivered to Borrower's notice address if sent by other means. Notice to any one Borrower shall constitute notice to all Borrowers unless Applicable Law expressly requires otherwise. The notice address shall be the Property Address unless Borrower has designated a substitute notice address by notice to Lender. Borrower shall promptly notify Lender of Borrower's change of address. If Lender specifies a procedure for reporting Borrower's change of address, then Borrower shall only report a change of address through that specified procedure. There may be only one designated notice address under this Security Instrument at any one time. Any notice to Lender shall be given by delivering it or by mailing it by first class mail to Lender's address stated herein unless Lender has designated another address by notice to Borrower. Any notice in connection with this Security Instrument shall not be deemed to have been given to Lender until actually received by Lender. If any notice required by this Security Instrument is also required under Applicable Law, the Applicable Law requirement will satisfy the corresponding requirement under this Security Instrument. ----------------------------------------------

-----**15. Notificaciones.** Toda notificación dada por el Deudor o el Prestador con relación a esta Hipoteca será por escrito. Cualquier notificación hecha al Deudor con relación a esta Hipoteca se estimará haber sido dada al Deudor cuando se envíe por correo de primera clase o cuando de hecho se entregue a la dirección notificada por el Deudor si se envía por cualquier otro medio. La notificación a cualquier Deudor constituirá notificación a todos los Deudores, salvo que la Ley Aplicable expresamente disponga otra cosa. La dirección para notificaciones al Deudor será la dirección de la Propiedad a menos que el Deudor haya designado una dirección de notificación sustituta mediante notificación al Prestador. El Deudor notificará prontamente al Prestador su cambio de dirección. Si el Prestador especifica un procedimiento para informar un cambio de dirección del Deudor, el Deudor informará el cambio de dirección únicamente mediante ese procedimiento especificado por el Prestador. En todo momento podrá haber solamente una dirección designada para notificaciones bajo esta Hipoteca. Cualquier notificación

*al Prestador será dada entregándola o enviándola por correo de primera clase a la dirección del Prestador aquí indicada salvo que el Prestador haya designado otra dirección mediante notificación al Deudor. Ninguna notificación con relación a esta Hipoteca se considerará hecha al Prestador hasta que sea recibida por éste. Si cualquier notificación requerida en esta Hipoteca es también requerida por la Ley Aplicable, el requerimiento de la Ley Aplicable satisfará el requisito correspondiente bajo esta Hipoteca.* ------------------------------

-----16. **Governing Law; Severability; Rules of Construction.** This Security Instrument shall be governed by federal law and the law of the jurisdiction in which the Property is located. All rights and obligations contained in this Security Instrument are subject to any requirements and limitations of Applicable Law. Applicable Law might explicitly or implicitly allow the parties to agree by contract, or it might be silent, but such silence shall not be construed as a prohibition against agreement by contract. In the event that any provision or clause of this Security Instrument or the Note conflicts with Applicable Law, such conflict shall not affect other provisions of this Security Instrument or the Note which can be given effect without the conflicting provision.------------------------

-----16. *Ley Aplicable; Separabilidad; Reglas de Interpretación. Esta Hipoteca se regirá por la ley federal y la ley de la jurisdicción en la cual ubica la Propiedad. Todos los derechos y las obligaciones contenidas en esta Hipoteca están sujetas a cualquier requisito y limitación de la Ley Aplicable. La Ley Aplicable puede explícita o implícitamente permitir que las partes acuerden mediante contrato, o puede guardar silencio, pero tal silencio no se interpretará como una prohibición del acuerdo contractual. Si alguna disposición o cláusula de esta Hipoteca o del Pagaré choca con la Ley Aplicable, tal conflicto no afectará otras disposiciones de esta Hipoteca o del Pagaré que puedan hacerse valer sin la disposición conflictiva.* ------------------------------

-----As used in this Security Instrument: (a) words of the masculine gender shall mean and include corresponding neuter words or words of the feminine gender; (b) words in the singular shall mean and include the plural and vice versa; and (c) the word "may" merely gives sole discretion without any obligation to take any action. -------------------------------

-----*En esta Hipoteca: (a) las palabras utilizadas en el género masculino incluirán las del género femenino; (b) las utilizadas en el singular incluirán el plural, y viceversa; y (c) la palabra "podrá" meramente dará discreción, sin obligación de tomar acción alguna.* ------------------------

-----17. **Borrower's Copy.** Borrower shall be given one copy of the Note and of this Security Instrument.------------------------------------------

-----17. *Copia del Deudor. Al Deudor se le entregará una copia del Pagaré y de esta Hipoteca.* ------------------------------------------------------

-----18. **Transfer of the Property or a Beneficial Interest in Borrower.** As used in this Section 18, "Interest in the Property" means any legal or beneficial interest in the Property, including, but not limited to, those beneficial interests transferred in a bond for deed, contract for deed, installment sales contract or escrow agreement, the intent of which is the transfer of title by Borrower at a future date to a purchaser.

-----18. *Traspaso de la Propiedad o de un Interés Beneficiario del Deudor. Según se utiliza en esta Sección 18, "Interés en la Propiedad" significa todo interés propietario o beneficiario en la Propiedad, incluyendo, pero sin limitarse a, aquellos intereses beneficiarios transferidos como pacto condicional de traspaso, contrato para venta, contrato de venta a plazos o acuerdo de plica, cuya intención sea el traspaso de título por el Deudor a un comprador en fecha futura.*-----------

-----If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law. -----

-----*Si sin el previo consentimiento del Prestador se vende o traspasa toda o cualquier parte de la Propiedad, o cualquier Interés en la Propiedad (o en caso que el Deudor no sea una persona natural se vende o traspasa un interés propietario en el Deudor), entonces el Prestador podrá requerir el pago completo e inmediato de todas las cantidades aseguradas por esta Hipoteca. Sin embargo, el Prestador no ejercerá esta opción en caso que la Ley Aplicable la prohiba. ----------------------------------------------------*

-----If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than thirty (30) days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower. ------------------

-----*Si el Prestador ejerce esta opción, le dará aviso al Deudor de la aceleración del vencimiento. Conforme a la Sección 15, el aviso proveerá un período no menor de treinta (30) días a partir de su fecha, dentro del cual el Deudor vendrá obligado a pagar todas las cantidades aseguradas por esta Hipoteca. Si el Deudor dejare de pagar estas cantidades antes del vencimiento de este período, el Prestador podrá invocar cualquier remedio permitido por esta Hipoteca, sin más aviso o requerimiento al Deudor. ----------------------------------------------------*

-----**19. Borrower's Right to Reinstate after Acceleration.**  If Borrower meets certain conditions, Borrower shall have the right to have enforcement of this Security Instrument discontinued at any time prior to the earliest of: (a) five (5) days before sale of the Property pursuant to any power of foreclosure contained in this Security Instrument; (b) such other period as Applicable Law might specify for the termination of Borrower's right to reinstate; or (c) entry of a judgment enforcing this Security Instrument. Those conditions are that Borrower: (a) pays Lender all sums which then would be due under this Security Instrument and the Note as if no acceleration had occurred; (b) cures any default of any other covenants or agreements; (c) pays all expenses incurred in enforcing this Security Instrument, including, but not limited to, reasonable attorneys' fees, property inspection and valuation fees and other fees incurred for the purpose of protecting Lender's interest in the Property and rights under this Security Instrument; and (d) takes such action as Lender may reasonably require to assure that Lender's interest in the Property and rights under this Security Instrument, and Borrower's obligation to pay the sums secured by this Security Instrument, shall continue unchanged. Lender may require that Borrower pay such reinstatement sums and expenses in one or more of the following forms, as selected by Lender: (a) cash, (b) money order, (c) certified check, bank check, treasurer's check or cashier's check, provided any such check is drawn upon an institution whose deposits are insured by a federal agency, instrumentality or entity or (d) Electronic Funds Transfer. Upon reinstatement by Borrower, this Security Instrument and obligations secured hereby shall remain fully effective as if no acceleration had occurred. However, this right to reinstate shall not apply in the case of acceleration under Section 18. -------

-----**19. *El Derecho del Deudor a Reinstalar después de la Aceleración.***
*Si el Deudor cumple con ciertas condiciones, el Deudor tendrá el derecho de detener la ejecución de esta Hipoteca en cualquier momento antes de lo siguiente, lo primero que ocurra: (a) cinco (5) días antes de la venta de la Propiedad de conformidad con cualquier poder de ejecución contenido*

*en esta Hipoteca; (b) cualquier otro período que especifique la Ley Aplicable para que expire el derecho del Deudor a reinstalar; o (c) se dicte sentencia ejecutando esta Hipoteca. Tales condiciones son que el Deudor: (a) pague al Prestador todas las cantidades entonces adeudadas bajo esta Hipoteca y el Pagaré como si la aceleración no hubiera ocurrido; (b) subsane cualquier incumplimiento de cualquier otro pacto o convenio; (c) pague todos los gastos incurridos en la ejecución de esta Hipoteca, incluyendo, pero sin limitarse a, honorarios razonables de abogado, gastos de inspección y tasación de la propiedad y otras gastos incurridos con el propósito de proteger el interés del Prestador en la Propiedad y sus derechos bajo esta Hipoteca; y (d) tome la acción que el Prestador pueda razonablemente requerir para asegurar que queden inalterados el interés del Prestador en la Propiedad y sus derechos bajo esta Hipoteca, y la obligación del Deudor de pagar las cantidades aseguradas por esta Hipoteca. El Prestador podrá requerir que el Deudor pague tales cantidades de reinstalación y gastos en una o más de las siguientes maneras, a opción del Prestador: (a) en efectivo, (b) giro, (c) cheque certificado, cheque oficial de una institución financiera o cheque de gerente, siempre y cuando tal cheque sea librado por o contra una institución cuyos depósitos estén asegurados por una agencia, instrumentalidad o entidad federal; o (d) Transferencia Electrónica de Fondos. Al ser reinstalada por el Deudor, esta Hipoteca y las obligaciones aquí garantizadas permanecerán plenamente en vigor como si la aceleración no hubiera ocurrido. Sin embargo, el derecho del Deudor a reinstalar no aplicará en el caso de aceleración bajo la Sección 18. -------------------------------------------------------------------*

-----20. **Sale of Note; Change of Loan Servicer; Notice of Grievance.** The Note or a partial interest in the Note (together with this Security Instrument) can be sold one or more times without prior notice to Borrower. A sale might result in a change in the entity (known as the "Loan Servicer") that collects Periodic Payments due under the Note and this Security Instrument and performs other mortgage loan servicing obligations under the Note, this Security Instrument, and Applicable Law. There also might be one or more changes of the Loan Servicer unrelated to a sale of the Note. If there is a change of the Loan Servicer, Borrower will be given written notice of the change which will state the name and address of the new Loan Servicer, the address to which payments should be made and any other information RESPA requires in connection with a notice of transfer of servicing. If the Note is sold and thereafter the Loan is serviced by a Loan Servicer other than the purchaser of the Note, the mortgage loan servicing obligations to Borrower not assumed by the Note purchaser unless otherwise provided will remain with the Loan Servicer or be transferred to a successor Loan Servicer(s) and are not assumed by the Note purchaser unless otherwise provided by the Note purchaser. -----------



-----20. *Venta del Pagaré; Cambio de Administrador del Préstamo; Aviso de Quejas. El Pagaré o un interés parcial en el Pagaré (conjuntamente con esta Hipoteca) puede ser vendido una o más veces sin aviso previo al Deudor. Una venta podría resultar en un cambio de la entidad (conocida como "Administrador del Préstamo") que cobra los Pagos Periódicos vencidos bajo el Pagaré y esta Hipoteca y realiza otras obligaciones de administración bajo el Pagaré, esta Hipoteca y la Ley Aplicable. También podrá haber uno o más cambios del Administrador del Préstamo no relacionados a la venta del Pagaré. Si hay un cambio de Administrador del Préstamo, el Deudor será notificado por escrito del cambio, cual aviso proveerá el nombre y la dirección del nuevo Administrador del Préstamo, la dirección a la que se deben remitir los pagos y cualquier otra información requerida por RESPA con relación al aviso de traspaso de administración del préstamo. Si se vende el Pagaré y otra entidad que no es su comprador asume la administración del Préstamo, dicho comprador no será responsable por el cumplimiento de aquellas obligaciones de administración que no haya asumido, a menos que acuerde otra cosa. -----*

-----Neither Borrower nor Lender may commence, join, or be joined to

any judicial action (as either an individual litigant or as member of a class) that arises from the other party's actions pursuant to this Security Instrument or that alleges that the other party has breached any provision of, or any duty owed by reason of this Security Instrument, until such Borrower or Lender has notified the other party (with such notice given in compliance with the requirements of Section 15) of such alleged breach and afforded the other party hereto a reasonable period after the giving of such notice to take corrective action. If Applicable Law provides a time period, which must elapse before certain action can be taken, that time period will be deemed to be reasonable for purposes of this paragraph. The notice of acceleration and opportunity to cure given to Borrower pursuant to Section 22 and the notice of acceleration given to Borrower pursuant to Section 18 shall be deemed to satisfy the notice and opportunity to take corrective action provisions of this Section 20. -------------------------------

-----Ni el Deudor ni el Prestador podrán comenzar, unirse o ser unidos en alguna acción judicial (como litigante individual ni como miembro de una clase) que surja de las acciones de la otra parte al amparo de esta Hipoteca o que alegue que la otra parte ha incumplido alguna disposición de, o con cualquier deber requerido por razón de esta Hipoteca, hasta que dicho Deudor o Prestador haya notificado a la otra parte (tal aviso dado en cumplimiento con lo requerido en la Sección 15) del alegado incumplimiento y haya dado a la otra parte un plazo razonable a partir del mismo para tomar acción correctiva. Será considerado como razonable para propósitos de este párrafo un plazo establecido por la Ley Aplicable como necesario para que se pueda tomar cierta acción. El aviso de aceleración y la oportunidad de curar dados al Deudor conforme a la Sección 22, y el aviso de aceleración dado al Deudor conforme a la Sección 18 se considerarán como que satisfacen los requisitos de aviso y oportunidad de subsanar de esta Sección 20. -------------------------------

-----21. **Hazardous Substances.** As used in this Section 21: (a) "Hazardous Substances" are those substances defined as toxic or hazardous substances, pollutants or wastes by Environmental Law, and the following substances: gasoline, kerosene, other flammable or toxic petroleum products, toxic pesticides and herbicides, volatile solvents, materials containing asbestos or formaldehyde, and radioactive materials; (b) "Environmental Law" means federal laws and laws of the jurisdiction where the Property is located that relate to health, safety or environmental protection; (c) "Environmental Cleanup" includes any response action, remedial action, or removal action, as defined in Environmental Law; and (d) an "Environmental Condition" means a condition that can cause, contribute to, or otherwise trigger an Environmental Cleanup. ---------------

-----21. *Sustancias Peligrosas.* Según usado en esta Sección 21: (a) "Sustancias Peligrosas" son aquellas sustancias definidas en la Ley Ambiental como sustancias tóxicas o peligrosas, contaminantes o desperdicios, y las siguientes sustancias: gasolina, kerosén, otros productos de petróleo inflamables o tóxicos, pesticidas tóxicos y herbicidas, solventes volátiles, materiales que contengan asbesto o formalina, y materiales radioactivos; (b) "Ley Ambiental" significa leyes federales y leyes de la jurisdicción donde ubica la Propiedad que atañen a la salud, seguridad o la protección ambiental; (c) "Limpieza Ambiental" incluye cualquier acción responsiva, acción remediativa o acción de remoción, según definidos en la Ley Ambiental, y (d) una "Condición Ambiental" significa una condición que pueda causar, contribuir a o de otra forma provocar una Limpieza Ambiental.-----------------------------------------

-----Borrower shall not cause or permit the presence, use, disposal, storage, or release of any Hazardous Substances, or threaten to release any Hazardous Substances, on or in the Property. Borrower shall not do, nor allow anyone else to do anything affecting the Property (a) that is in violation of any Environmental Law, (b) which creates an Environmental Condition, or (c) which, due to the presence, use, or release of a Hazardous Substance, creates a condition that adversely affects the value

of the Property. The preceding two sentences shall not apply to the presence, use, or storage on the Property of small quantities of Hazardous Substances that are generally recognized to be appropriate to normal residential uses and for maintenance of the Property (including, but not limited to hazardous substances in consumer products).----------------------

-----*El Deudor no causará ni permitirá la presencia, uso, disposición, almacenaje o emanación de ninguna Sustancia Peligrosa, ni amenazará con descargar ninguna Sustancia Peligrosa, en o dentro de la Propiedad. El Deudor no hará ni permitirá que nadie haga alguna cosa que afecte la Propiedad (a) que sea en violación de la Ley Ambiental, (b) que cree una Condición Ambiental, o (c) que, debido a la presencia, el uso o la emanación de una Sustancia Peligrosa, cree una condición que afecte adversamente el valor de la Propiedad. Las dos oraciones que anteceden no aplicarán a la presencia, el uso o el almacenaje en la Propiedad de pequeñas cantidades de Sustancias Peligrosas que generalmente se reconocen como apropiadas para uso residencial normal y para mantenimiento de la Propiedad (incluyendo, pero sin limitarse a, sustancias peligrosas que se encuentran en productos para uso por el consumidor).--------------------------*

-----Borrower shall promptly give Lender written notice of (a) any investigation, claim, demand, lawsuit or other action by any governmental or regulatory agency or private party involving the Property and any Hazardous Substance or Environmental Law of which Borrower has actual knowledge, (b) any Environmental Condition, including but not limited to, any spilling, leaking, discharge, release or threat of release of any Hazardous Substance and (c) any condition caused by the presence, use or release of a Hazardous Substance which adversely affects the value of the Property. If Borrower learns or is notified by any governmental or regulatory authority, or any private party, that any removal or other remediation of any Hazardous Substance affecting the Property is necessary, Borrower shall promptly take all necessary remedial actions in accordance with Environmental Law. Nothing herein shall create any obligation on Lender for an Environmental Cleanup. -------------------------

-----*El Deudor dará pronto aviso por escrito al Prestador de (a) cualquier investigación, reclamación, requerimiento, demanda u otra acción por cualquier agencia gubernamental o agencia reguladora o persona particular que envuelva la Propiedad y cualquier Sustancia Peligrosa o Ley Ambiental, de la cual el Deudor tenga conocimiento, (b) cualquier Condición Ambiental, incluyendo, pero sin limitarse a, cualquier derrame, filtración, descarga o amenaza de descarga de cualquier Sustancia Peligrosa, y (c) cualquier condición causada por la presencia, el uso o la descarga de una Sustancia Peligrosa que afecte adversamente el valor de la Propiedad. Si el Deudor se entera, o es notificado por cualquier autoridad gubernamental o autoridad reguladora, o persona particular, que es necesario remover u otra remediación de cualquier Sustancia Peligrosa que esté afectando la Propiedad, el Deudor tomará prontamente todas las acciones remediativas necesarias de conformidad con la Ley Ambiental. Nada de lo aquí contenido creará obligación alguna para el Prestador de realizar una Limpieza Ambiental. -------------*

-----NON-UNIFORM COVENANTS. Borrower and Lender, by the disbursal of funds evidenced by the Note, further covenant and agree as follows: ------------------------------------------------------------------

-----*CONVENIOS NO UNIFORMES. El Deudor y el Prestador, mediante el desembolso de los fondos evidenciados por el Pagaré, convienen y acuerdan además como sigue: -----------------------------------------------*

-----**22. Acceleration; Remedies.** Except as provided in Section 18 hereof, upon Borrower's breach of any covenant or agreement of Borrower in this Security Instrument, including the covenants to pay when due any sums secured by this Security Instrument, Lender, prior to acceleration, shall

mail notice to Borrower as provided in Section 15 hereof specifying: (a) the breach; (b) the action required to cure such breach; (c) a date, not less than thirty (30) days from the date the notice is mailed to Borrower, by which such breach must be cured; and (d) that failure to cure such breach on or before the date specified in the notice may result in acceleration of the sums secured by this Security Instrument, foreclosure by judicial proceeding and sale of the Property. The notice shall further inform Borrower of the right to reinstate after acceleration and the right to assert non-existence of a default or any other defense of Borrower to acceleration and foreclosure in the foreclosure proceeding. If the breach is not cured on or before the date specified in the notice, Lender, at Lender's option, may declare all of the sums secured by this Security Instrument to be immediately due and payable without further demand and may foreclose this Security Instrument by judicial proceeding. Lender shall be entitled to collect in such proceeding all expenses of foreclosure, including, but not limited to attorney's fees, costs of documentary evidence, abstracts and title reports. ------------------------------------------

-----22. *Aceleración; Remedios.* *Excepto según se dispone en la Sección 18 de esta Hipoteca, al Deudor incumplir con cualquiera de sus convenios o acuerdos bajo esta Hipoteca, incluyendo los convenios para pagar a su vencimiento cualquier suma garantizada por esta Hipoteca, el Prestador, previo a la aceleración de vencimiento, notificará al Deudor por correo, según dispone la Sección 15 indicándole: (a) su incumplimiento; (b) la acción requerida para subsanar tal incumplimiento; (c) una fecha no anterior a treinta (30) días a partir del envío por correo del aviso al Deudor, para la cual vendrá obligado a subsanar el incumplimiento; y (d) que la falta de subsanar tal incumplimiento en o antes de la fecha especificada en el aviso podrá resultar en la aceleración de las cantidades garantizadas por esta Hipoteca, la ejecución judicial y la venta de la Propiedad. El aviso también informará al Deudor de su derecho a reinstalar el Préstamo después de la aceleración de su vencimiento, y del derecho a alegar en el procedimiento de ejecución la inexistencia del incumplimiento, o cualquier otra defensa que tenga el Deudor. Si no subsana el incumplimiento en o antes de la fecha especificada en el aviso, el Prestador, a su opción, podrá declarar inmediatamente vencidas y pagaderas todas las sumas garantizadas por esta Hipoteca, sin más requerimiento, y podrá ejecutar esta Hipoteca mediante procedimiento judicial. El Prestador tendrá derecho a cobrar en tal procedimiento todos los gastos de ejecución, incluyendo, sin limitación, honorarios de abogados, el costo de evidencia documentaria, informes y estudios de título.*——————————————————————————————

-----23. Release. Upon payment of all sums secured by this Security Instrument, Lender shall release and cancel this Security Instrument at Borrower's expense, or, at Borrower's option, endorse the Note "for cancellation only". Lender may charge Borrower a fee for releasing this Security Instrument, but only if the fee is paid to a third party for services rendered and the charging of the fee is permitted under Applicable Law. --

-----23. *Liberación.* *Al pago de todas las cantidades garantizadas por esta Hipoteca, el Prestador liberará y cancelará esta Hipoteca a costo del Deudor, o, a opción del Deudor, endosará el Pagaré "para cancelación solamente". El Prestador podrá cobrar al Deudor un cargo por liberar esta Hipoteca, pero solamente si el cargo se paga a una tercera persona por servicios prestados y la Ley Aplicable permite dicho cargo.*——————————

-----24. Lowest Bid. Pursuant to the provisions of this Security Instrument and the Mortgage and Property Registry Act of Puerto Rico, Borrower and Lender value the Property at an amount equal to the original principal amount of the Note secured by this Mortgage, which value shall serve as lowest bid at the first auction in the event of foreclosure.

-----24. *Tipo Mínimo.* *De conformidad con las disposiciones de esta Hipoteca y la Ley Hipotecaria y del Registro de la Propiedad de Puerto*

*Rico, el Deudor y el Prestador valoran la Propiedad en una cantidad igual a la suma original del principal del Pagaré garantizado por esta Hipoteca, cuyo valor servirá como tipo mínimo en la primera subasta en el caso de ejecución.----------------------------------------------------------------------*

-----**25. Assignment of Rents; Appointment of Receiver**. As additional security hereunder, Borrower hereby assigns to Lender the rents of the Property, provided that Borrower shall, prior to acceleration under Section 22 hereof or abandonment of the Property, have the right to collect and retain such rents as they become due and payable. ----------------------------

-----**25. *Cesión de Rentas; Nombramiento de Síndico*.** *Como garantía adicional bajo esta Hipoteca, el Deudor por la presente cede al Prestador las rentas sobre la Propiedad, pero el Deudor, previo a ocurrir aceleración de vencimiento bajo la Sección 22 de esta Hipoteca o abandono de Propiedad, tendrá derecho a cobrar y retener dichas rentas según venzan y advengan pagaderas.------------------------------------------------*

-----Upon acceleration under Section 22 hereof or abandonment of the Property, Lender shall be entitled to have a receiver appointed by a court to enter upon, take possession of and manage the Property and to collect the rents of the Property including those past due. All rents collected by the receiver shall be applied first to payment of the costs of management of the Property and collection of rents, including, but not limited to, receiver's fees, premiums on receiver's bonds and attorneys' fees, and then to the sums secured by this Security Instrument. The receiver shall be liable to account only for those rents actually received.----------------------

-----*A partir de la aceleración de vencimiento bajo la Sección 22 de esta Hipoteca o abandono de la Propiedad, el Prestador tendrá derecho a que un tribunal de justicia nombre un síndico para que entre en la Propiedad, tome posesión de ella, la administre y cobre sus rentas vencidas y por vencer. Todas las rentas cobradas por el síndico serán aplicadas primero al pago de los gastos de administración de la Propiedad y cobro de rentas, incluyendo, pero no limitado a, los honorarios del síndico, primas de fianzas del síndico y honorarios de abogados, y entonces a las cantidades garantizadas por esta Hipoteca. El Síndico será responsable de rendir cuentas solamente sobre aquellas rentas que reciba. ---------------*

-----**26. Waiver of Homestead Rights**. Borrower hereby waives in favor of the Lender, to the fullest extent allowed by Applicable Law, all homestead and similar rights conferred upon Borrower by any Applicable Law, including, without limitation, the provisions of the Puerto Rico *Ley de Hogar Seguro*, Puerto Rico Laws Annotated, title 31, sections 1851 to 1857. ----------------------------------------------------------------------------

-----**26. Renuncia a los Derechos de Hogar Seguro**. El Deudor por la presente renuncia a favor del Prestador, al mayor grado permitido por la Ley Aplicable, todo derecho de hogar seguro y derechos similares conferidos al Deudor por cualquier Ley Aplicable, incluyendo pero sin limitación, a las disposiciones de la Ley de Hogar Seguro de Puerto Rico, Leyes de Puerto Rico Anotadas, título 31, secciones 1851 a 1857.

-----**27. Items Secured by this Security Instrument**. To secure to Lender or to the holder by endorsement of the Note (a) the repayment of the indebtedness evidenced by the Note, with interest thereon, (b) the performance of the covenants and agreements of Borrower herein contained, (c) an additional amount equal to ten percent (10%) of the original principal amount of the Note to cover costs, expenses and attorneys' fees of the Lender in enforcing its right under the Note to demand immediate repayment of the Note or to seek judicial collection or collection in any proceeding in bankruptcy of the Borrower, which amount shall be considered liquid and payable by the sole act of providing the Borrower with notice as stated in the Note or seeking collection and shall be in addition to the principal amount of the Note, (d) an additional

amount equal to ten percent (10%) of the original principal amount of the Note to cover any other advances which may be made under this Security Instrument, and (e) an additional amount equal to ten percent (10%) of the original principal amount of the Note to cover interest in addition to that secured, and up to the maximum allowed by, Applicable Law, Borrower does hereby constitute a voluntary first mortgage on the Property. In the event this Security Instrument is not recorded at the Registry with the agreed rank, the same shall constitute a default hereunder entitling Lender to the remedies provided in Section 22 hereof.------------------------------------

-----27. **Partidas Garantizadas por Esta Hipoteca**. Para garantizar al Prestador o al tenedor por endoso del Pagaré (a) el repago de la deuda evidenciada por el Pagaré, con intereses (b) el cumplimiento de los convenios y acuerdos del Deudor aquí contenidos, (c) una cantidad adicional igual al diez por ciento (10%) de la suma original del principal del Pagaré, para cubrir costas, gastos y honorarios de abogados incurridos por el Prestador al hacer valer sus derechos bajo el Pagaré de exigir repago inmediato del Pagaré o solicitar cobro por la vía judicial o cobro en cualquier procedimiento en una quiebra del Deudor, la cual suma será considerada líquida y exigible por el mero acto de dar aviso al Deudor según se establece en el Pagaré, o de gestionar cobro, y será adicional a la suma principal del Pagaré, (d) una cantidad adicional igual al diez por ciento (10%) de la suma original del principal del Pagaré, para cubrir cualquier otro adelanto que pueda ser hecho bajo esta Hipoteca, y (e) una cantidad adicional igual al diez por ciento (10%) de la suma original del principal del Pagaré, para cubrir intereses por encima de los asegurados por, y hasta el máximo permitido por, la Ley Aplicable, por la presente el Deudor constituye una primera hipoteca voluntaria sobre la Propiedad. Constituirá incumplimiento del Deudor el que esta Hipoteca no sea inscrita en el Registro con el rango acordado, lo que facultará al Prestador a ejercitar los remedios provistos en la Sección 22 de este documento.------

-----**FIFTH**: THE PROPERTY. The description of the Property is: -------
-----*QUINTA: LA PROPIEDAD. La descripción de la Propiedad es:* ------

---**RUSTICA**: Solar marcado e el plano de inscripción con el número siete del Bloque "C", situado en el Barrio Jaguas, Sector La Línea del término municipal de Ciales, Puerto Rico, con una cabida superficial de **OCHOCIENTOS PUNTO CERO DOS CERO CERO METROS CUADRADOS** equivalentes a cero punto dos cero tres cinco cuerdas. En lindes por el **NORTE**, en una alineación de cuarenta y siete punto cero sesenta metros, con solar número C guión ocho; por el **SUR**, en una alineación de cuarenta y siete punto cero sesenta metros, con solar número C guión seis; por el **ESTE**, en una alineación de diecisiete punto cero cero metros, con otra finca de Luis Y. Franco Fullana y por el **OESTE**, en una alineación de diecisiete punto cero cero metros, con Calle número dos.-----

-----**SIXTH**: The Property is recorded as follows, and any liens and encumbrances of record are listed below:-------------------------------------

-----*SEXTA: La Propiedad está inscrita como sigue, y las cargas y gravámenes que surgen del Registro se indican a continuación:*------------

---Inscrita al **Folio Número "133"** del **Tomo Número "310"** de Ciales, del Registro de la Propiedad de Manatí. **Finca Número "12,385"**.--------

---------------------------------CARGAS Y GRAVAMENES-----------------------

---Se encuentra afecta a las siguientes cargas y gravámenes:------------------

---(A) Hipoteca en garantía de un pagaré a favor de ORIENTAL BANK AND TRUST, o a su orden, por la suma de ciento cuarenta y cuatro mil dólares ($144,000.00) de principal, intereses al cinco punto setenta y cinco por ciento (5.75 %) anual y vencedero el día primero (1ero) de junio de dos mil doce (2012), según consta de la escritura número treinta y nueve (39), otorgada en Arecibo, el día trece (13) de mayo de dos mil cinco

(2005), ante el Notario Norman E. Colón Báez, e inscrita la folio número ciento treinta y tres (133) del tomo número trescientos diez (310) de Ciales, finca número doce mil trescientos ochenta y cinco (12,385), inscripción tercera (3ra).------------------------------------------------

---Dicha (s) hipoteca (s) será (n) cancelada (s) con el préstamo concedido en este día, por el Acreedor Hipotecario al Deudor Hipotecario, garantizado con la presente escritura. Es acuerdo que el Acreedor Hipotecario es el encargado de cancelar y saldar la (s) hipoteca (s) relacionada (s) en este párrafo, obtener el (los) pagaré (s) hipotecario (s) y hacer la (s) correspondiente (s) escritura (s) de cancelación de hipoteca.---

----**SEVENTH**: BORROWER. The Borrower is (are): ---------------------
-----*SÉPTIMA: DEUDOR: El Deudor es (son):*------------------------------

---JUAN OMAR ALVAREZ BERRIOS Y AILYN YADIRA ROSARIO RESTO también conocida como AILYN Y. ROSARIO RESTO, mayores de edad, casados entre si, propietarios y vecinos de Ciales, Puerto Rico.-------------------------------------------------

---Por no conocerlos personalmente lo he identificado a él mediante licencia de conducir número 2605449 y a ella mediante licencia de conducir número 2604238, emitidas por el Estado Libre Asociado de Puerto Rico, las cuales contienen foto y firma y fueron mostradas y entregadas libre y voluntariamente.-----------------------------------------

-----**EIGHTH**: LENDER. The Lender to whose order the Note has been issued and delivered is:--------------------------------------------------
-----*OCTAVA: PRESTADOR. El Prestador a la orden de quien el Pagaré se ha emitido y entregado es:* ------------------------------------------

---ORIENTAL BANK & TRUST, una institución bancaria organizada y existente de acuerdo a las leyes del Estado Libre Asociado de Puerto Rico, con oficinas principales en San Juan, Puerto Rico aquí representado por su agente autorizado, DOÑA AWILDA MILAGROS ALCAIDE RODRIGUEZ también conocida como Awilda Alcaide, mayor de edad, soltera, ejecutiva y vecina de San Juan, Puerto Rico, a quien conozco personalmente, cuya autorización para suscribir esta escritura pública en representación del banco surge de Certificación de Resolución Corporativa de la Junta de Directores de Oriental Bank & Trust fechada tres (3) de noviembre del dos mil ocho (2008) y suscrita por Carlos O. Souffront Secretario de la Junta de Directores de Oriental Bank & Trust bajo el testimonio número trece mil seiscientos noventa y tres (13,693) ante el Notario Público José A. Fernández Paoli. El documento aquí descrito estuvo ante la vista del Notario autorizante y no ha sido transcrito en esta escritura pública por ninguna de las aquí partes comparecientes así haberlo solicitado.------------------------------------------------------

--------------------------------**WARNINGS** ----------------------------------
-----The Notary Public certifies that he or she has advised the Lender and the Borrower that, if the Property is subject to one or more liens that enjoy

prior rank over this Security Instrument, the Lender will retain from the proceeds of the Loan a sum sufficient to pay and cancel said liens. The Lender, by the disbursal of funds evidenced by the Note, has agreed to remit payment thereof to the holders of such liens within five (5) working days following the execution of this Security Instrument, in order to secure the cancellation of such liens; although there is no absolute guaranty that said cancellation will be performed. The Borrower has the right to require that such liens be cancelled concurrently with the execution of this Security Instrument, but is advised that, as in most cases, promissory notes secured by mortgages may not be available for cancellation at this time. These warnings having been made, the Borrower hereby waives the right to require that said liens be cancelled concurrently with the execution of this Security Instrument. ------------------------------------------------------------

--------------------------------*ADVERTENCIAS*--------------------------------
-----El Notario Público certifica que ha advertido al Prestador y al Deudor que de estar la Propiedad afecta a uno o más gravámenes de rango superior a esta Hipoteca, el Prestador retendrá del producto del Préstamo la suma suficiente para cancelarlos. El Prestador, mediante el desembolso de los fondos evidenciados por el Pagaré, ha acordado remitir pago de los mismos a los tenedores de dichos gravámenes dentro de cinco (5) días laborables luego del otorgamiento de esta Hipoteca, con el fin de asegurarse de la cancelación de los mismos; no obstante, no hay garantía absoluta que se lleve a cabo dicha cancelación. El Deudor tiene derecho a requerir que se cancelen dichos gravámenes concurrentemente con la constitución de esta Hipoteca, pero se le advierte que, como en la mayoría de los casos, los pagarés garantizados por hipotecas pueden no estar disponibles para cancelación en este momento. Habiéndose hecho estas advertencias, el Deudor por la presente renuncia a su derecho de requerir que dichos gravámenes se cancelen concurrentemente con la constitución de esta Hipoteca.----------------------

-----If the Borrower has the right under Applicable Law to rescind this transaction, then the Lender will not disburse any of the proceeds of the Loan until the rescission period has expired, or until the Borrower waives said rescission right as provided by Applicable Law. ------------------------

-----*Si la Ley Aplicable concede al Deudor el derecho a rescindir esta transacción, entonces el Prestador no desembolsará ningún producto del Préstamo hasta que haya expirado el periodo de rescisión, o hasta que el Deudor renuncie dicho derecho de rescisión en la forma que manda la Ley Aplicable. ------------------------------------------------------------*

---*El Notario Fedante advierte a las partes comparecientes que no es responsable de los documentos presentados y que el mismo al ser calificados por el Registrador de la Propiedad pudieran tener defectos y afectar el tracto registral. Las partes comparecientes se comprometen a realizar cualquier gestión necesaria para que esta escritura llegue a inscribirse en el Registro de la Propiedad. El Notario Autorizante ha advertido a las partes comparecientes que la presente escritura pública se ha otorgado conforme al contenido de un Estudio de Título preparado por Milagros Cuevas Inc. Y no por el notario autorizante; que el estudio de título no es un seguro de título y refleja solamente la realidad registral de dicho inmueble a la fecha de dicho estudio; que por mas reciente que sea no cierra el registro ni excluye la posibilidad de que se hayan presentado otros documentos relacionados con ésta con posterioridad a dicha fecha.-*

-----*Los documentos relacionados en esta escritura pública que hayan sido inscritos en virtud de la Ley Número doscientos diez y seis (216) del veinte y siete (27) de diciembre de dos mil diez (2010) conocida como "Ley para Agilizar el Registro de la Propiedad" fueron inscritos sin la previa calificación del Registro de la Propiedad y por la única razón de haber sido presentados para su inscripción antes del treinta (30) de abril de dos mil diez (2010). De acuerdo con el Artículo siete (7) de dicha ley la inscripción se presume correcta, yo el Notario Fedante advierto a la parte*

PUERTO RICO-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT Form 3053 1/05

*compareciente que para el otorgamiento de esta escritura he descansado exclusivamente en la presunción de corrección de la inscripción de la escritura inscrita bajo la "Ley para Agilizar el Registro de la Propiedad" y no he realizado una calificación notarial . de la corrección de la inscripción por lo que las partes, aceptan otorgar la presente escritura confiando, al igual que yo el Notario, en la presunción de corrección de la inscripción dispuesta en la referida Ley.------------------------------------*

------------------------------ ACCEPTANCE ------------------------------
-----The appearing parties accept this deed in its entirety and I, the Notary Public, made to the appearing parties the necessary legal warnings concerning the execution of the same. I, the Notary Public, advised the appearing parties as to their right to have witnesses present at this execution, which they waived. The appearing parties, having read this deed in its entirety, fully ratify and confirm the statements contained herein as the true and exact embodiment of their stipulations, terms and conditions. Whereupon the appearing parties sign this deed, before me, the Notary Public, and sign their initials on each and every page of this deed. -

--------------------------------*ACEPTACIÓN*--------------------------------
*----- Los comparecientes aceptan esta escritura en su totalidad, y yo, el Notario Público, hice a los comparecientes las advertencias legales pertinentes relativas a este otorgamiento. Yo, el Notario Público, advertí a las partes comparecientes de su derecho a tener testigos presentes en este otorgamiento, al cual derecho renunciaron. Habiendo los comparecientes leído esta escritura en su totalidad, la ratifican totalmente y confirman que las declaraciones contenidas en la misma reflejan fiel y exactamente sus estipulaciones, términos y condiciones. En virtud de lo cual, los comparecientes firman esta escritura ante mí, el Notario Público, y fijan sus iniciales en cada uno de los folios de esta escritura. --------------------*

----- Because he or she does not know the Borrower personally, the Notary Public hereby clarifies and certifies that he or she has identified the following named parties according to the requirements established by Article Seventeen (C) [17(C)] of the Notarial Law of Puerto Rico, who presented the following identifications that contain their signatures and photographs. --------------------------------------------------------

*----- Por no conocer personalmente al Deudor, en este acto el Notario Público aclara y hace constar que identificó a los siguientes comparecientes de acuerdo a los requisitos establecidos por el Artículo ---*

Diecisiete (C) [(17(C)] de la Ley Notarial de Puerto Rico, quienes presentaron las siguientes identificaciones que contienen sus firmas y retratos.------------------------------------------------------------------------

-----I, the Notary Public, do hereby certify and give faith as to everything stated and contained in this instrument. -------------------------------------------

-----Yo, el Notario Público, por la presente certifico y doy fe de todo lo declarado y contenido en este instrumento.-------------------------------------



**Capital Title**
SERVICES, INC.
**ESTUDIO**

| | | | |
|---|---|---|---|
| **CLIENTE** | : | **ENRIQUE NASSAR RIZEK & ASSOCIATES** | 133,581 |
| **RE** | : | **JUAN OMAR ALVAREZ BERRIOS/ 119-9-334/** | |
| | | **SANDRA FERNANDEZ/ HIPOTECARIO/** | |
| **FINCA** | : | Número 12,385, inscrita al folio 133 del tomo 310 de Ciales. | |
| | | Registro de la Propiedad de Puerto Rico, Sección de Manatí. | |

**DESCRIPCION:**

RUSTICA: Solar marcado en el plano de inscripción con el número siete del bloque C, situado en el Barrio Jaguas, Sector La Línea del término municipal de Ciales, Puerto Rico, con una cabida superficial de ochocientos punto cero dos cero cero metros cuadrados, equivalentes a cero punto dos cero tres cinco cuerdas. En lindes por el **NORTE**, en una alineación de cuarenta y siete punto cero sesenta metros, con solar número C guión ocho; por el **SUR**, en una alineación de cuarenta y siete punto cero sesenta metros, con el solar número C guión seis; por el **ESTE**, en una alineación de diecisiete punto cero cero metros, con otra finca de Luis Y. Franco Fullana; y por el **OESTE**, en una alineación de diecisiete punto cero cero metros, con calle número dos.

**ORIGEN REGISTRAL:**

Se segrega de la finca número 7,527, inscrita al folio 50 del tomo 154 de Ciales.

**PLENO DOMINIO:**

Consta inscrito al folio 133 del tomo 310 de Ciales, a favor de **Juan Omar Álvarez Berríos y Ailyn Yadira Rosario Resto, solteros**, quienes lo adquirieron en un 50% para cada uno, por compraventa de Leonardo Luis Fullana Morales y su esposa Rosa Margarita Acosta y Franco Miguel Fullana Morales y su esposa Grissel Ramirez, por precio de $22,400.00, mediante la escritura número 61, otorgada en Manatí, Puerto Rico, el día 20 de octubre de 1999, ante el notario Carlos Vázquez Montes, finca número 12,385, inscripción 2da.

**GRAVAMENES:**

i. Por su procedencia está afecta a:

    a. Servidumbre a favor de la Autoridad de Energía Eléctrica de Puerto Rico.

    b. Servidumbre a favor de la Puerto Rico Telephone Company.

ii. Por sí está afecta a:

    a. Hipoteca en garantía de un pagaré a favor de Oriental Bank and Trust, o a su orden, por la suma principal de $143,160.00, con intereses al 5.750% anual, vencedero el día 1 de septiembre de 2035, constituida mediante la escritura número 252, otorgada en San Juan, Puerto Rico, el día 31 de agosto de 2012, ante el notario Juan A. Martínez Romero, e inscrita al folio 133 del tomo 310 de Ciales, finca número 12,385, inscripción 4ta.

2                                          133,581

Continuación…
Finca número 12,385

    b.  Hipoteca en garantía de un pagaré a favor de la Cooperativa de Ahorro y Crédito de
Manatí, Inc., o a su orden, por la suma principal de $105,600.00, con intereses al 7.50%
anual, vencedero el día 1 de agosto de 2032, constituida mediante la escritura número 3,
otorgada en Manatí, Puerto Rico, el día 30 de enero de 2002, ante el notario Luis C.
Sotomayor González, e inscrita al folio 133 del tomo 310 de Ciales, finca número 12,385,
inscripción 6ta.

**REVISADOS:**

Registro de Embargos del ELA, incluyendo los de la Ley número 12 del día 20 de enero de 2010;
Contribuciones Federales; Sentencias; Bitácora Ágora y Electrónica.

**NOTA: Esta Sección tiene establecido un sistema computarizado de Bitácoras.  No nos
hacemos responsables por errores y/u omisiones que cometa el Empleado del Registro en la
entrada y búsqueda de datos en el mismo.**

This document is not a commitment to insure nor a Title Insurance Policy and should not be relied upon as such.  For protection, Purchaser and
Lender should require a Title Insurance Policy.  If this document is used by someone other that the party requesting it, said person does so assuming
any and all risks and liabilities.  No title company other than the Title Security, Inc., is authorized to rely on this title study to issue a Title Insurance
Commitment and/or Policy.  Capital Title Services, Inc., is not liable to other title companies for error or omissions in this title report.  ANY TITLE
COMPANY OTHER THAN THE TITLE SECURITY GROUP, INC. THAT RELIES ON THIS TITLE STUDY TO ISSUE A TITLE COMMITMENT
AND/OR INSURANCE POLICY DOES SO ASSUMING ANY AND ALL RISKS AND LIABILITIES.  THE LIABILITY OF CAPITAL TITLE
SERVICES, INC. IN CONNECTION WITH THIS TITLE REPORT IS LIMITED TO THE AMOUNT PAID FOR THIS TITLE REPORT ONLY
WITH RESPECT TO THE CLIENT REFERRED TO IN THE HEADER OF THIS TITLE REPORT.

Este documento no es un compromiso para asegurar ni una póliza de Seguro de Título, por lo cual no ofrece seguridad alguna.  Para obtener
protección, debe requerir una póliza de Seguro de Título.  Si este documento es utilizado por alguien que no sea el solicitante, lo hace bajo su propio
riesgo y responsabilidad.  Ninguna compañía de título que no sea The Title Security Group, Inc. está autorizada a utilizar este estudio para expedir una
póliza de seguro de título. Capital Title Services, Inc., no es responsable ante otras compañías de título por errores u omisiones en este estudio de
título.  TODA COMPAÑÍA QUE NO SEA THE TITLE SECURITY GROUP, INC. QUE UTILICE ESTE ESTUDIO DE TÍTULO PARA EXPEDIR
UNA POLIZA DE SEGURO DE TÍTULO, LO HACE BAJO SU PROPIO RIESGO Y RESPONSABILIDAD.  LA RESPONSABILIDAD DE
CAPITAL TITLE SERVICES, INC., ESTA LIMITADA A LA CANTIDAD PAGADA POR EL ESTUDIO DE TÍTULO Y SOLO CON RESPECTO
AL CLIENTE DE REFERENCIA EN EL ENCABEZADO DE ESTE ESTUDIO DE TÍTULO.

**Capital  Title Services, Inc.**

POR: _Ramón F. Gómez Marcos_
**12 de septiembre de 2013**
**DM/jig/F**

**33 Calle Resolución, Suite 302**
**San Juan, PR 00920-2727**
**TEL: 787-707-7369**
**FAX: 787-782-6743**

Department of Defense Manpower Data Center   Results as of : May-06-2014 12:19:09 PM

SCRA 3.0



## Status Report
## Pursuant to Servicemembers Civil Relief Act

Last Name: **ALVAREZ BERRIOS**

First Name: **JUAN**

Middle Name: **OMAR**

Active Duty Status As Of: **May-06-2014**

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL: http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

Certificate ID: F9G7X327T0F7PD0

Department of Defense Manpower Data Center

Results as of : May-06-2014 12:17:54 PM

SCRA 3.0



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

Last Name: <u>ROSARIO RESTO</u>
First Name: <u>AILYN</u>
Middle Name: <u>YADIRA</u>
Active Duty Status As Of: <u>May-06-2014</u>

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL: http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

Certificate ID: N9N313A740F7S20